THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*
                                              \*
DENISE EVARTS,                                \*
                                              \*
                                              \*
   Plaintiff,                                 \*
                                              \*
v.                                            \* CIV. ACTION NO. 3:00CV1124(WIG)
                                              \*
                                              \*
THE SOUTHERN NEW                              \*
ENGLAND TELEPHONE                             \*
COMPANY,                                      \*
                                              \*
   Defendant.                                 \* OCTOBER 10, 2003
                                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

### DEFENDANT'S MOTION TO SET PRETRIAL DEADLINES

The defendant, Southern New England Telephone Company, hereby respectfully requests that deadlines be set for motions to compel, completion of discovery, and dispositive motions in this case. The defendant suggests the following dates:

| | |
|---|---|
| October 17, 2003: | Deadline for both parties to file any motions to compel; |
| October 29, 2003: | Deadline for filing objections to motions to compel; |
| Thirty days after ruling on motion to compel: | Deadline for filing dispositive motions. |

*ORAL ARGUMENT NOT REQUESTED*

Dated at New Haven, Connecticut this 10th day of October, 2003.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND TELEPHONE
>COMPANY
>
>By_____*/s/ Lori B. Alexander*_____
>Lori B. Alexander (CT 08970)
>TYLER COOPER & ALCORN, LLP
>205 Church Street
>P. O. Box 1936
>New Haven, Connecticut 06509-1910
>Tel. (203) 784-8200
>Fax (203) 789-2133
>E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 10th day of October, 2003, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970