UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
**DENISE EVARTS**          :
       Plaintiff,          :   CIVIL ACTION NO.
                 :   3:00-cv-01124(WIG)
  v.          :
              :
**SOUTHERN NEW ENGLAND**          :
**TELEPHONE,**          :
       Defendant.          :
---------------------------------------------------x

## RULING ON PENDING MOTIONS

After consultation with the parties, the following pending motions are DENIED as MOOT: Plaintiff's motion for substitution of party Defendant, (Doc. # 86); Plaintiff's motion for hearing and to file, (Doc. # 92); Defendant's motion for leave to file, (Doc. #91); Defendant's motion for protective order, (Doc. #94).

Defendant's motion to set pretrial deadlines (Doc. #97) is DENIED. The parties shall contact the chambers of the undersigned on **November 5, 2003 at 2:30 p.m.** to discuss outstanding discovery issues and to set trial deadlines in this case. Defendant's counsel shall initiate the telephone call to (203) 579-5593.

So ordered this 27th day of October, 2003, at Bridgeport, Connecticut.

                               /S/ William I. Garfinkel
                              William I. Garfinkel
                              United States Magistrate Judge