UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
DENISE EVARTS                                    :
         Plaintiff,                              :    CIVIL ACTION NO.
                                                 :    3:00-cv-01124(WIG)
    v.                                           :
                                                 :
SOUTHERN NEW ENGLAND                             :
TELEPHONE,                                       :
         Defendant.                              :
-------------------------------------------------------x
```

## RULING ON PENDING MOTIONS

The following pending motions should have been terminated in this Court's ruling of October 27, 2003. (See, Doc. #98). Accordingly the motions below are DENIED as MOOT: Defendant's motion for hearing, (Doc. # 94) and Defendant's motion for protective order, (Doc. # 95).

The parties shall contact the chambers of the undersigned on May 11, 2004 at 2:00 p.m. to report the trial readiness of this case. Plaintiff's counsel shall initiate the telephone call to (203) 579-5593.

So ordered this 23rd day of March, 2004, at Bridgeport, Connecticut.

/S/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge