# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
DENISE EVARTS,                         :
                                       :
          Plaintiff                    :          CIVIL ACTION NO.
                                       :          3:00 CV1124 (WIG)
v.                                     :
                                       :
THE SOUTHERN NEW ENGLAND               :
TELEPHONE COMPANY                      :
                                       :
          Defendant                    :
-------------------------------------------------------x
```

## SCHEDULING ORDER

The Court hereby enters the following scheduling order:

The parties shall complete discovery on or before June 30, 2004.

The parties shall file dispositive motions on or before August 15, 2004.

The parties shall file their joint trial memorandum by the later of forty-five days after any ruling on dispositive motions or August 30, 2004.

SO ORDERED this 25th day of May 2004, at Bridgeport, Connecticut.

/s/*William I. Garfinkel*
William I. Garfinkel
United States Magistrate Judge