THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
                                          \*
DENISE EVARTS,                            \*
                                          \*
                                          \*
    Plaintiff,                            \*
                                          \*
v.                                        \*   CIV. ACTION NO. 3:00CV1124(WIG)
                                          \*
                                          \*
THE SOUTHERN NEW                          \*
ENGLAND TELEPHONE                         \*
COMPANY,                                  \*
                                          \*
    Defendant.                            \*   JUNE 18, 2004
                                          \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## MOTION TO WITHDRAW APPEARANCE

The defendant, the Southern New England Telephone Company ("SNET"), hereby moves to withdraw the appearance of Paul L. Bader as counsel for SNET. Attorney Bader is no longer with defense counsel's firm. Lori B. Alexander and Deborah D. Cannavino of Tyler Cooper & Alcorn, LLP have filed appearances in this matter and will continue to represent SNET.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 18th day of June, 2004.

>THE DEFENDANT,
>THE SOUTHERN NEW ENGLAND TELEPHONE
>COMPANY
>
>By____*[signature]*_____
>    Lori B. Alexander (CT 08970)
>    TYLER COOPER & ALCORN, LLP
>    205 Church Street
>    P. O. Box 1936
>    New Haven, Connecticut 06509-1910
>    Tel. (203) 784-8200
>    Fax (203) 789-2133
>    E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 18th day of June, 2004, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT 08970