THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

DENISE EVARTS,

   Plaintiff,

v.         CIV. ACTION NO. 3:00CV1124(WIG)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.       JULY 3, 2004

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### JOINT MOTION FOR EXTENSION OF TIME

The plaintiff and defendant hereby jointly move for an extension of time through and including July 31, 2004 in order to complete discovery in this matter. The reason for the requested extension is that a witness who the plaintiff intends to depose is on a medical leave of absence until mid-July, and the parties require additional time to complete discovery.

The parties also seek an order extending the deadline to file dispositive motions through August 31, 2004.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 7th day of July, 2004.

THE PLAINTIFF,
DENISE EVARTS

By _____
Karen L. Torre
Federal Bar No. CT 01707
Law Office of Karen Lee Torre
51 Elm Street, #307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax (203) 865-4844


THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By _____
Lori B. Alexander
Federal Bar No. CT 08970
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel. (203) 784-8200
Fax (203) 789-2133
E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 7th day of July, 2004, as follows:

Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970