THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * *    *
                                          *
DENISE EVARTS,                            *
                                          *
                                          *
     Plaintiff,                           *
                                          *
v.                                        *  CIV. ACTION NO. 3:00CV1124(WIG)
                                          *
                                          *
THE SOUTHERN NEW                          *
ENGLAND TELEPHONE                         *
COMPANY,                                  *
                                          *
     Defendant.                           *  AUGUST 23, 2004
                                          *
* * * * * * * * * * * * * * * * * * *    *
```

## MOTION FOR EXTENSION OF TIME

The defendant, The Southern New England Telephone Company ("SNET"), hereby respectfully requests an extension of time through and including September 30, 2004 in order for the parties to complete discovery in this matter and October 21, 2004 in order to file dispositive motions. In support of this motion, the defendant states as follows:

1.  The plaintiff has indicated she wishes to complete the deposition of SNET's employee, Ed Dillman, but has been unable to do so due to Mr. Dillman's recent leave of absence from SNET.

2.  The parties should be able to complete Mr. Dillman's deposition and any additional discovery by the end of September.

*ORAL ARGUMENT IS NOT REQUESTED*

3. SNET requests only a three-week period thereafter in order to file a motion for summary judgment.

4. Despite diligent efforts, the undersigned has been unable to ascertain the position of plaintiff's counsel on this motion.

Dated at New Haven, Connecticut this 23rd day of August, 2004.

THE DEFENDANT,
THE SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By /s/ Lori B. Alexander
Lori B. Alexander
Federal Bar No. CT 08970
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel. (203) 784-8200
Fax (203) 789-2133
E-Mail: alexander@tylercooper.com

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 23rd day of August, 2004, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970