THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| DENISE EVARTS, | * |
| Plaintiff, | * |
| v. | * CIV. ACTION NO. 3:00CV1124(WIG) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | * |
| Defendant. | * OCTOBER 20, 2004 |
| * * * * * * * * * * * * * * * * * * * | |

### JOINT MOTION TO EXTEND PRETRIAL DEADLINES AND REQUEST FOR TELEPHONIC CONFERENCE

The plaintiff, Denise Evarts, and the defendant, The Southern New England Telephone Company, hereby jointly request an extension of the pretrial deadlines in this case to November 30, 2004 for the parties to complete discovery and January 15, 2005 for the filing of a dispositive motion. The parties also request a brief telephonic conference with the Court concerning the status of this matter.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 20th day of October, 2004.

THE PLAINTIFF,
DENISE EVARTS

By _____
Karen L. Torre
Federal Bar No. CT 01707
Law Office of Karen Lee Torre
51 Elm Street, #307
New Haven, Connecticut 06510
Tel. (203) 865-5541
Fax (203) 865-4844

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By _____
Lori B. Alexander
Federal Bar No. CT 08970
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel. (203) 784-8200
Fax (203) 789-2133
E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 21st day of October, 2004, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970