THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*
                                                          \*
DENISE EVARTS,                                            \*
                                                          \*
   Plaintiff,                              \*
                                                          \*
v.                                                        \* CIV. ACTION NO. 3:00CV1124(WIG)
                                                          \*
THE SOUTHERN NEW                                          \*
ENGLAND TELEPHONE                                         \*
COMPANY,                                                  \*
                                                          \*
   Defendant.                              \* FEBRUARY 15, 2005
                                                          \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \*

## JOINT MOTION FOR EXTENSION OF TIME

The plaintiff, Denise Evarts, and the defendant, The Southern New England Telephone

Company, hereby jointly request an extension of the pretrial deadlines in this case to set a discovery

deadline of March 31, 2005 and a dispositive motion deadline of April 30, 2005.

THE PLAINTIFF,
DENISE EVARTS

By _____
   Karen L. Torre
   Federal Bar No. CT 01707
   Law Office of Karen Lee Torre
   51 Elm Street, #307
   New Haven, Connecticut 06510
   Tel. (203) 865-5541
   Fax (203) 865-4844

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 15th day of February, 2005.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY


By _____
　　　　　Lori B. Alexander
　　　　　Federal Bar No. CT 08970
　　　　　TYLER COOPER & ALCORN, LLP
　　　　　205 Church Street
　　　　　P. O. Box 1936
　　　　　New Haven, Connecticut 06509-1910
　　　　　Tel. (203) 784-8200
　　　　　Fax (203) 789-2133
　　　　　E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 16th day of February, 2005, as follows:

Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____

Lori B. Alexander
Federal Bar No. CT08970

3