

FILED

2005 MAY -2 P 12: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DENISE EVARTS                        :
                                     :
          Plaintiff                  :
                                     :    Civil No.  3:00CV1124 (WIG)
V.                                   :
                                     :
THE SOUTHERN NEW                     :
ENGLAND TELEPHONE COMPANY,           :    APRIL 27, 2005
                                     :
          Defendant                  :

MOTION FOR ENLARGEMENT OF TIME
TO CONCLUDE DEPOSITION

The undersigned counsel for the Plaintiff respectfully requests an enlargement of time until

May 30, 2005, within which to complete a deposition in this case. The undersigned's time has been

consumed by settlement efforts in Lauretano v. Spada, Docket Number 3:99CV01077 (DJS), and by

trial preparation in the matter of Arlio v. Lively, Docket Number 3:03CV02013 (JBA), which case

is proceeding to trial before the Honorable Janet Bond Arterton commencing May 2, 2005.

This motion is filed with the consent of defense counsel who further wishes an extension of

time of three weeks beyond the requested extension for the purpose of filing a Motion for Summary

Judgment.

WHEREFORE, the undersigned counsel respectfully requests this motion be granted.

LAW OFFICES OF KAREN LEE TORRE • 51 ELM STREET, SUITE 307, NEW HAVEN, CONNECTICUT 06510 • TEL:  (203) 865-5541

Respectfully submitted:


THE PLAINTIFF, DENISE EVARTS



BY: _____

KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

Her Attorney


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on April 27, 2005, to:

Lori Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509


_____
Karen Lee Torre


2