THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

|  |  |
|---|---|
| DENISE EVARTS, <br>　　Plaintiff, | \* <br> \* <br> \* <br> \* |
| v. | \*　CIV. ACTION NO. 3:00CV1124(JCH) <br> \* |
| THE SOUTHERN NEW <br> ENGLAND TELEPHONE <br> COMPANY, | \* <br> \* <br> \* <br> \* |
| 　　Defendant. | \*　JUNE 20, 2005 <br> \* |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant, The Southern New England Telephone Company ("SNET"), hereby moves that summary judgment enter in its favor on plaintiff's single-count Complaint in this case.

As set forth in SNET's Memorandum of Law in Support of Motion for Summary Judgment being filed on this same date, there are no genuine issues of material fact concerning plaintiff's claims. Plaintiff's claims of disparate treatment and/or gender-based hostile work environment fail as a matter of law because (1) many of the events about which plaintiff complains are time-barred; (2) plaintiff cannot establish a prima facie case of discrimination based on the record of this case; (3) plaintiff did not suffer an adverse employment action; and (4) there is no material issue of fact that plaintiff was subjected to a hostile work environment in violation of state or federal law.

*ORAL ARGUMENT IS NOT REQUESTED*

A Memorandum of Law in Support of Defendant's Motion for Summary Judgment, Local Rule 56(a) Statement in Support of Defendant's Motion for Summary Judgment, and an Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment have been filed on this same date. For the reasons set forth in the accompanying memorandum of law, summary judgment should be granted and judgment entered in favor of the defendant.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE, INC.


By _____/s/ Lori B. Alexander_____
    Lori B. Alexander
    Federal Bar No. CT08970
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    New Haven, Connecticut 06509
    Tel. (203) 784-8200
    Fax No. (203) 789-2133
    E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 20th day of June, 2005, as follows: Karen Lee Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970