THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DENISE EVARTS,
   Plaintiff,

v.     CIV. ACTION NO. 3:00CV1124(JCH)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.     JUNE 22, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT'S MOTION TO EXCEED PAGE LENGTH**

The defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests permission to exceed the forty-page limit set forth in the Federal Rules of Civil Procedure for its Memorandum of Law in Support of Motion for Summary Judgment filed on June 20, 2005. In support of this motion, SNET states as follows:

1. The defendant seeks permission to file an additional 3 pages. The additional pages are necessary in order to adequately address the incidents that plaintiff alleges as part of her hostile work environment claim.

2. Without the additional pages, the defendant would be unable to set forth fully the relevant facts, supporting evidence, and case law in support of summary judgment in this matter.

*ORAL ARGUMENT IS NOT REQUESTED*

For the aforementioned reasons, the defendant respectfully requests permission of the Court to file a Memorandum of Law in Support of Motion for Summary Judgment not to exceed 43 pages.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE, INC.

By /s/ Lori B. Alexander
Lori B. Alexander
Federal Bar No. CT08970
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509
Tel. (203) 784-8200
Fax No. (203) 789-2133
E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 22nd day of June, 2005, as follows: Karen Lee Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970