THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

DENISE EVARTS,
   Plaintiff,

v.   CIV. ACTION NO. 3:00CV1124(JCH)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.   JUNE 20, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S MOTION TO FILE PLEADINGS UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests that the Court issue an Order sealing its Memorandum of Law in Support of Motion for Summary Judgment, Local Rule 56(a) Statement in Support of Defendant's Motion for Summary Judgment, and Appendix of Exhibits in Support of Defendant's Motion for Summary Judgment dated June 20, 2005. This motion is being made because these pleadings contain personnel records related to the plaintiff, as well as personnel information related to other employees of SNET not parties to this action and confidential business records of SNET disclosed to the plaintiff pursuant to a confidentiality order. For these reasons, SNET seeks to file these pleadings under seal.

In light of the above, SNET did not provide copies of the above pleading to the Court in electronic format.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 20th day of June, 2005.

                THE DEFENDANT,
                SOUTHERN NEW ENGLAND TELEPHONE, INC.

                By _____
                Lori B. Alexander
                Federal Bar No. CT08970
                Tyler Cooper & Alcorn, LLP
                205 Church Street
                New Haven, Connecticut 06509
                Tel. (203) 784-8200
                Fax No. (203) 789-2133
                E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 20th day of June, 2005, as follows: Karen Lee Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970