REDACTED

THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DENISE EVARTS,
   Plaintiff,

v.       CIV. ACTION NO. 3:00CV1124(JCH)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.       JUNE 20, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

*FILED UNDER SEAL*

# EXHIBIT 1

# FINANCIAL

## VEHICLE SECURITY

When a vehicle is not in operation, exclusive of when the vehicle is in a secured garage, the ignition key is to be removed. If unattended, the vehicle should be secured by locking doors and windows. Diesel/gas vehicles should not be left running when unattended.

### *FAILURE TO MEET EXPECTATIONS AT ANY TIME (LIKELY OUTCOME):*

- *First Occurrence: documented verbal warning*

- *Second Occurrence: formal writtent warning*

IF A VEHICLE IS STOLEN AS A RESULT OF A LACK OF SECURITY, THE MINIMUM DISCIPLINE WOULD BE A WRITTEN WARNING.

## VEHICLE FUELING

Company garage fueling locations are the expected norm. Gas tags are available in most locations for overnight fueling. Selected remote locations have contract agreements with self service based prices. We will use self service (when available) if outside gassing is necessary. We are expected to make all reasonable efforts to get fuel at garage locations, unless supervisory approval is secured, or an emergency or unusual set of circumstances exist.

# EXHIBIT 2

# EXHIBIT 3

# EXHIBIT 4

Case 3:00-cv-01124-WIG    Document 116-5    Filed 06/20/2005    Page 11 of 20

# EXHIBIT 5

# CONTRACT
[Wage and Working Practices]

An Agreement
Between
Southern New England Telecommunications, Inc.
And
The Connecticut Union of Telephone Workers, Inc.

March 31, 1995 through August 8, 1998









October, 1995

To:   All SNET Employees and CUTW Members

From: The Joint Bargaining Team

Following is your copy of the revised Contract (Wage and Working Practices) in its entirety reflecting the changes from the 1995 contract negotiations between the CUTW and SNET.

Due to the changing nature of Appendix A - Bargaining Unit Titles and Wage Maxima, and Appendix D - Wage Progression Schedules, they have been excluded from this volume. These sections will be published as a supplement early next year and will reflect the General Wage Increase scheduled for January 7, 1996.

While every effort has been made to write the terms of this agreement in as clear and concise a manner as possible, questions of interpretation or application are sure to arise. These questions may be settled by discussion between appropriate representatives of the Company and the Union. Questions also may be directed to your Union Officers (from Bargaining Unit employees) or to your Labor Relations Representative (from Management employees).

We encourage all employees to become familiar with the terms of this agreement as it serves as the foundation of our mutual commitment to ensuring SNET's continued success as a strong and viable telecommunications business in Connecticut.

Wage and Working Practices Binder

# TABLE OF CONTENTS

| Subject | Page No. |
|---|---|
| Basic Contract | 1 |
| Supplementary Agreements | 23 |
| Appendix A - List of Bargaining Unit Job Titles and Wage Maxima | SUPPLEMENT |
| Appendix B - Wage and Working | 51 |
| Appendix C - Cost of Living Agreement | 160 |
| Appendix D - Wage Progression Schedules | SUPPLEMENT |
| Appendix E - Bargaining Unit Job Evaluation Practice | 162 |

* * * * *

**POLICIES AND PROCEDURES**

| - Part 1 - Transfer Procedure | 167 |
| - Part 2 - (Reserved) | |
| - Part 3 - Military Memoranda | 174 |

INDEX ... 188

2. Any employees reinstated in accordance with the above provisions shall be returned to the payroll at the rate of pay they would have received, if they had been continuously on duty with the Company during the absence, in the job classification they were in at the time they left.

## ARTICLE X

### TRANSFERS AND PROMOTIONS

1. It is agreed that personnel placement is based upon the fitting together of people and jobs through consideration of the abilities, interests, personality, capacities, experience, training and physical qualifications of the individual and the requirements of the job. Recognizing that there will be a need for transfers from one occupation to another the Company will maintain a procedure to enable an employee to make known a desire to be considered for another position.

2. Selection of employees for transfer to other jobs will be made in accordance with the Transfer Procedure identified as Policies and Procedures Part 1 of this Contract.

3. In making promotions, Management shall select the employee with seniority provided the qualifications of the individuals considered for the position are judged by Management to be reasonably equal. In the event that a person with less service than other candidates is chosen, the following rule should apply. The greater the difference in length of service the more highly qualified must the person selected be to override that seniority.

4. For the purpose of this article seniority shall be based on net credited service.

5. The promotion of an employee to a management job shall not be subject to arbitration as prescribed in Article XXI of this Contract.

6. Insofar as practicable, the Company will notify those employees who were candidates for the position of the reasons for the final selection before announcement is made of the employee selected. Any interested employee shall be informed of the reasons by initiating an interview with the supervisor.

## ARTICLE XI

### DISMISSALS AND PENALTIES

1. Dismissals or other penalties shall be effected for just cause only and not for purposes of discrimination against any member of the Union. In any action taken on account of unsatisfactory work or minor misdemeanor subsequent to the trial period, the Company agrees to make a definite effort to provide another opportunity for further trial of the employee before final dismissal is effected.

- 11 -

2. In all cases of dismissals or other penalties, the employee's supervisor will notify the appropriate Business Agent prior to such action, if possible. If circumstances make this prior notification impossible, the supervisor will notify the Representative immediately following such action. In addition, the District Staff Manager-Labor Relations shall notify the Union office in writing of any such action as soon as practicable with the exception of those releases which occur during the trial period. The withholding of a scheduled wage increase will be reported to the Union office by the District Staff Manager-Labor Relations.

## ARTICLE XII

### UNION REPRESENTATION

1. At any meeting between a representative of the Company and an employee in which discipline (including warnings which are to be recorded in the personnel file, suspension, demotion or discharge for cause) is to be discussed a Union representative will be present if the employee so requests.

## ARTICLE XIII

### GRIEVANCES

1. In the event differences arise between the Company and any of its employees or the Union, as to the administration of matters subject to the provisions of this Contract, the parties hereto agree to make a prompt and earnest effort to settle such differences to the satisfaction of all parties concerned, in the minimum number of steps in the following procedure.

### GRIEVANCE PROCEDURE

**Step 1**

A meeting shall be scheduled with the employee's Supervisor to discuss the facts and attempt to resolve the issue. If not resolved after such discussion and the Union wishes to proceed further, a formal request for Step I will be submitted by the Union defining the Grievance, identifying the aggrieved employee or employees involved and the parties listed below shall meet within 5 working days and attempt to settle:

| UNION | MANAGEMENT |
|---|---|
| Local Steward Business Agent | 2nd Level Supervisor District Manager |

**Step II**

If not settled then the following parties shall meet within 10 working days of the Union's request for Step II

| Local Steward Business Agent Department Vice President | 2nd Level Supervisor District Manager Division Manager |
|---|---|

- 12 -

If not settled then the following parties shall meet within 10 working days of the Union's request for Step III

Step III

| Business Agent | District Manager |
| Department Vice President | Division Manager |
| Executive Vice President | Division Staff Manager-Labor Relations |

If not settled then arbitration as prescribed in Article XXI of the Contract

Note A   Time limit for Steps I, II, and III shall be waived upon request of either party

B.   Representation of the parties at each step will be generally as indicated but either party may vary it by advance notice to the other party

C.   At the conclusion of any step in the grievance procedure, the grievance shall be considered as finally and satisfactorily settled unless taken to 1 the next step within forty-five (45) days.

2.   Grievances arising out of the administration of matters subject to the provisions of this Contract, ordinarily shall be processed in accordance with the above procedure.

3.   The employee or employees initiating the case may accompany their Union Representative at any of the proceedings in the case. However, any individual employee or group of employees has the right at any time to present grievances to the Company and to have such grievances adjusted, without the intervention of the Union, as long as the adjustment is not inconsistent with the terms of this Contract, and provided the Union has been given opportunity to be present at such adjustment

4.   The Company will permit aggrieved employees and their Union Representatives such necessary time off as conditions of the business permit, without pay, for conferring and preparing the employee's case.

5.   If dismissed employees are subsequently cleared of charges preferred against them, the Company shall reinstate such employees and they shall receive full compensation for any loss of wages, less any amount received by them for their services elsewhere and as unemployment insurance benefits during the period of dismissal. If an employee suffers a penalty other than dismissal and is subsequently cleared, the Company shall fully compensate the employee for any loss of wages sustained while such penalty was in effect. In either case the Company shall restore the employee to the same status the employee would have attained if the dismissal or penalty had not been in effect.

6.   A confidential written report of the proceedings at each step of the grievance procedure shall be prepared and signed by both parties promptly after each step.

(C) Change   (N) New

- 13 -

Such report shall include

a   Dates of meeting, department, exchange
b   Names of those attending
c   Statement of grievance
d   Management's position
e   Union's position
f   Conclusion reached

A signed copy of such minutes shall be furnished to both parties

## ARTICLE XIV

### JOINT CONFERENCES

1   Joint conferences between Union and Company representatives shall be held upon request of either party, providing reasonable advance notice with a statement of the subjects proposed for discussion, shall be given to the other party. Reasonable advance notice shall ordinarily be interpreted as a period of not less than one (1) week nor more than two (2) weeks, the exact period in each case to be determined by mutual agreement. Joint meetings to discuss grievances or emergency matters shall be held with a minimum of delay. The Executive Board, the President of the Union or their duly authorized representatives may meet with officials of the Company as occasion demands.

2   The District Staff Manager-Labor Relations shall make the necessary arrangements for holding the conference on the date specified in the notice if acceptable to the other party, or some other mutually satisfactory date if the date specified cannot be met, and shall notify the immediate supervisors of those employees expected to attend. Because of scheduling requirements, the District Staff Manager's office shall be notified by Thursday of the week preceding the specified date. The Union office or appropriate Company Representatives shall be advised, by the District Staff Manager-Labor Relations, of the date and proposed subjects of the conference. Exceptions to this method of arranging for joint conferences shall be made when one Union representative wishes to meet with one Company representative other than his/her own supervisor, in such cases, the Union representative shall arrange with his/her immediate supervisor for the necessary time off

3   The Company will pay Union representatives for time off during scheduled working hours to attend joint conferences including any necessary time spent during scheduled working hours in traveling to and from such conferences. Union representatives shall return to regular duty at the conclusion of any joint conference which terminates a reasonable time prior to the completion of scheduled working hours. The Company will not pay transportation and meal expenses

1/95

(C) Change   (N) New

- 14 -

4. Minutes of joint conferences shall be recorded by a person employed by the Union and shall be approved in writing by a designated Company representative and a designated Union representative. The Company may also have its representative present to record minutes when it so desires and shall furnish a copy of such minutes to the Union. In return for the Union providing secretarial service, the Company will assume the cost of printing the minutes of joint conferences and will furnish the Union office up to thirty-five (35) copies of such minutes. Upon request, copies in excess of thirty-five (35) will be furnished to the Union at cost.

5. The Union chairman shall be the chairman of joint conferences between Union and Company representatives.

## ARTICLE XV

## COLLECTION OF DUES

1. Upon written order signed by a bargaining unit employee, the Company will deduct from that employee's wages and pay over to the Union the amount specified in said order. The Union will reimburse the Company for the cost of making the transaction.

2. The Union agrees that at its own expense it will defend, indemnify, and save harmless the Company from and against all claims, demands, suits, damages, or expenses, of any kind whatsoever, arising out of or in any manner, except for the Company's own willful misconduct, incident to any action taken by the Company in complying with Section 1 of this Article XV.

## ARTICLE XVI

## AGENCY SHOP

1. Each employee who is a member of the Union or who is obligated to tender to the Union amounts equal to periodic dues on the effective date of this agreement, or who later becomes a member, and all employees entering into the bargaining unit on or after the effective date of this agreement, shall as a condition of employment pay or tender to the Union amounts equal to the periodic dues applicable to members for the period from such effective date or, in the case of employees entering into the bargaining unit after the effective date, on or after the thirtieth day after such entrance, whichever of these dates is later, until the termination of this contract.

2. For purpose of this Article, "employee" shall mean any person entering into the bargaining unit. Each employee who is a member of the bargaining unit on or before the effective date of this Agreement and who on the effective date of this Agreement was not required as a condition of employment to pay or tender to the Union amounts equal to the periodic dues applicable to members, shall, as a condition of employment, pay or tender to the Union amounts equal to the periodic dues applicable to members for the period beginning 30 days after the effective date of this agreement, until the termination of this agreement.

(C) Change   (N) New

- 15 -

---

3. The condition of employment specified above shall not apply during periods of formal separations* from the bargaining unit and by any such employee but shall reapply to such employee on the thirtieth day following return to the bargaining unit.

*The term "formal separation" includes transfers out of the bargaining unit, removal from the payroll of the Company, and leaves of absence of more than one month duration.

## ARTICLE XVII

## PROMOTIONS AND TRANSFERS OF UNION OFFICERS

1. In the event of a proposed promotion, advancement or transfer of a Business Agent, Local President or Executive Board member, the Company will give two (2) weeks written notice to the Union as well as notifying the individual involved.

## ARTICLE XVIII

## UNION ACTIVITIES

1. No employee shall engage in any Union activity, except joint meetings with the Company's representatives, during work periods. Incidental activities associated with the functions of locals may be performed outside of such work periods, provided such activities are performed by Union members who are also employees and are carried on in space where no Company operations or administrative work is performed, or where such activities do not interfere with the operations of the Company or the use of the space by other employees for the purpose for which the space intended. In case of emergency, supervisors may excuse Union representatives from duty without pay, to carry on such activities.

2. Insofar as requirements of the business permit, employees will be excused from duty, without pay, when required to do Union work. Union representatives shall make arrangements with their immediate Supervisors in advance of such absences giving at least one (1) week's advance notice of the requested absence.

3. Conditions of work permitting, employees shall be excused from their normal tour of duty in periods of half days or whole days unless part of such periods can be used for productive work.

4. Union meetings shall not be held on Company property.

(C) Change   (N) New

- 16 -

## ARTICLE XIX

## FEDERAL OR STATE LAWS

1. Should any Federal or State law or regulations, or the final decision of any court or board of competent jurisdiction, affect any practice or provision of this Contract, the practice or provision so affected shall be made to comply with the requirements of such law, regulation or decision for the localities within the jurisdiction, otherwise all other provisions of and practices under this Contract shall remain in full force and effect. Any changes made under this article shall be discussed and agreed upon jointly by the Company and the Union before written revisions are issued.

## ARTICLE XX

## AMENDMENT

1. This Contract shall be subject to amendment by mutual agreement of the parties hereto at any time. The specific terms of such amendment shall be committed to writing and signed by a duly authorized Company representative and a duly authorized Union representative. Any announcement of such amendment shall be worded identically when issued separately by the Union and the Company.

2. It is expressly understood that this Contract does not cover all working conditions now existing or which may arise in the future. Both parties reserve the right to bargain regarding any working conditions not specifically covered in this Contract.

## ARTICLE XXI

## ARBITRATION

1. In the event that any dispute or controversy concerning the true intent and meaning of a provision of this Contract, or a question as to the performance of any obligation here under, or any grievance as defined in Article XIII arises and cannot be satisfactorily settled by negotiation between the Union and the Company, with the exception stated in paragraph 5 of Article X of this Contract, the matter shall be arbitrated upon written request of either party to the other in the following manner.

   (a) After the filing of the request, the Union shall appoint one person to serve as arbitrator, the Company shall appoint one and the Union and the Company shall jointly appoint a third person who shall serve as Chairman.

   In the event that an agreement cannot be reached on the appointment of a third person, that person shall be designated by the American Arbitration Association. The rules and regulations of the American Arbitration Association which are in force at the date of the submission of the matter to arbitration shall govern all arbitration proceedings.

   (b) After the appointment of this committee, hearings shall be started, carried to conclusion as expeditiously as possible.

   (c) The decision of the majority of this Arbitration Committee shall be final and the Union and the Company agree to abide by such decision.

2. The compensation and expenses of the Union and the Company appointees shall be borne by the respective organizations choosing them while those of the Chairman and the general expenses of the arbitration shall be borne by the Union and the Company equally.

## ARTICLE XXII

## EXPEDITED ARBITRATION

1. In lieu of the procedures specified in Article XXI of this Agreement, any grievance involving the suspension of an individual employee, except those which also involve an issue of arbitrability, contract interpretation, or work stoppage (strike) activity and those which are also the subject of an administrative charge or court action shall be submitted to arbitration under the expedited arbitration procedure hereinafter provided within fifteen (15) calendar days after the filing of a request for arbitration. In all other grievances involving disciplinary action which are specifically subject to arbitration under Article XXI of this Agreement, both parties may, within fifteen (15) calendar days after filing of the request for arbitration, elect to use the expedited arbitration procedure hereinafter provided. The election shall be in writing and, when signed by authorized representatives of the parties, shall be irrevocable. If no such election is made within the foregoing time period, the arbitration procedure in Article XXI shall be followed.

2. As soon as possible after this Agreement becomes final and binding, a panel of three umpires shall be selected by the parties. Each umpire shall serve until the termination of this Agreement unless his/her services are terminated earlier by written notice from either party to the other. The umpire shall be notified of the termination by a joint letter from the parties. The umpire shall conclude his or her services by settling any grievance previously heard. A successor umpire shall be selected by the parties. Umpires shall be assigned cases in rotating order designated by the parties. If an umpire is not available for a hearing within ten (10) working days after receiving an assignment, the case will be passed to the next umpire. If no one can hear the case within (10) working days, the case will be assigned to the umpire who can hear the case on the earliest date.

3. The procedure for expediting arbitration shall be as follows:

   a. The parties shall notify the umpire in writing on the day of agreement or date of arbitration demand in suspension cases to settle a grievance by expedited arbitration. The umpire shall notify the parties in writing of the hearing date.

   b. The parties may submit to the umpire prior to the hearing a written stipulation of all facts not in dispute.

   c. The hearing shall be informal without formal rules of evidence and without a transcript. However, the umpire shall be satisfied himself or herself that the evidence submitted is of a type on which he or she can rely, that the hearing is in all respects a fair one, and that all facts necessary to a fair settlement and reasonably obtainable are brought before the umpire.

   d. Within five (5) working days after the hearing, each party may submit a brief written summary of the issues raised at the hearing and arguments supporting its position. The umpire shall give his or her settlement within five (5) working days after receiving the briefs. He or she shall provide the parties a brief written statement of the reasons supporting his or her settlement.

   e. The umpire's settlement shall apply only to the instant grievance, which shall be settled thereby. It shall not constitute a precedent for other cases or grievances and may not be cited or used as a precedent in other arbitration matters between the parties unless the settlement or a modification thereof is adopted by the written concurrence of the representatives of each party at the third step of the grievance procedure.

   f. The time limits in (a) and (d) of this Section may be extended by agreement of the parties or at the umpire's request, in either case only in emergency situations. Such extensions shall not circumvent the purpose of this procedure.

   g. In any grievance arbitrated under the provisions of this Section, the Company shall under no circumstances be liable for backpay for more than six (6) months (plus any time that the processing of the grievance or arbitration was delayed at the specific request of the Company) after the date of the disciplinary action. Delays requested by the Union in which the Company concurs shall not be included in such additional time.

   h. The umpire shall have no authority to add to, subtract from, or modify any provisions of this Agreement.

   i. The decision of the umpire will settle the grievance, and the Company and the Union agree to abide by such decision. The compensation and expenses of the umpire and the general expenses of the arbitration shall be borne by the Company and the Union in equal parts. Each party shall bear the expense of its representatives and witnesses.

   j. The time limit for requesting arbitration under this provision shall be the same as in existing procedures.

## ARTICLE XXIII

## NON-DISCRIMINATION CLAUSE

1. In a desire to restate their respective policies neither the Company nor the Union shall unlawfully discriminate against any employee because of such employee's race, color, religion, sex, age, or national origin or because he or she is handicapped, a disabled veteran or a veteran of the Vietnam era.

## ARTICLE XXIV

(Reserved For Future Use)

## ARTICLE XXV

(Reserved For Future Use)

## ARTICLE XXVI

(Reserved for future use)

(C) Change   (N) New