# EXHIBIT 6

# PUBLIC COMMUNICATIONS SERVICES

### Safeguarding Procedures for Services Technicians And Public Services Assistants

Employee _____**D. L. Evarts**_____
(PLEASE PRINT)

The following procedures were reviewed with you on ___7-12-94___.
(DATE)

1. Receipting and use of upper housing keys.

2. Cash compartment keys to be carried on a locked shackle at all times.

3. Secure storage and protection of route media, cash compartment keys and all receptacles, empty and full.

4. Closing all windows, locking all doors and removing of ignition key when leaving vehicle unattended.

5. Immediate reporting of missing, defective, or damaged receptacles, covers or seals before accepting responsibility for contents of the receptacle.

6. Placement of the proper number of lower and upper housing fasteners.

7. Company practices for the handling of loose coins have been reviewed with me. I am fully aware that all loose coins found in coin stations constitute company funds and should never be placed on my person, mixed with personal coins, used to make change or exchanged for paper currency.

The violation of any of the above procedures or acts of dishonesty is sufficient cause for disciplinary actions up to and including dismissal and/or prosecution where warranted.

_____
Reviewed By

Supervisor-PCS/I&M
Title

_____
Employee Signature

000112

1067/cnf

# EXHIBIT 7

OBM 1904 (1-90)

*contains confidential employee information*

Date Received

Initial

## EMPLOYEE TRANSFER REQUEST

### PART 1 — To be filled out by employee
Refer to individual job specifications in the Directory of Bargaining Unit Jobs

Social Security No. | NCS Date
`4 1 4 5 4 9 3 5 0 1 - 1 2 - 8 7`

Name (Last, First, M.I.)
Evarts, Denise L

Job Title (Present Job) (exactly as it appears on job spec)
Service Technician

Job Title Code (Present Job) `1 2 8 5`

Time on Title `7 - 2 - 8 9`  Present
Is present job a title to title transfer? Yes ☐ No ☑

Job Title (Requested Job) (exactly as it appears on job spec)
Service Consultant

Job Title Code (Requested Job) `1 2 0 5`

Department (Requested Job) Info. Technology Center

Area/City (Requested Job) New Haven

Request Type    New ☐    Change ☐    Cancel ☐

Company Driver Certification    Yes ☐    No ☐

Manual Shift    Yes ☑    No ☐

### JOB RELATED SKILLS/COURSES/LICENSES
List skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| Skill/Course/License | School/Company | Year | Grade |
|---|---|---|---|
| A1s Degree | Gateway Comm. Technical College | 1986 | |
| 30 Credits toward B/S | Teikyo Post University | est 1995 | 3.5 QPA |
| | | | |
| | | | |

### JOB RELATED HISTORY
List jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| DATES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| 1. 8/30/87 7/2/89 | Business Service Adm | SNET | 6 | | |
| 2. 7/2/89 Present | Service Technician | SNET | 7 | | |
| 3. | | | 8 | | |
| 4. | | | 9 | | |
| 5. | | | 10 | | |

Employee's signature *Denise Evarts*

Date submitted to Supervisor 7/14/94

DEFENDANT'S
PENGAD-Bayonne, N.J.
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 6/13 RPTR CM

### PART 2 — To be filled out by Supervisor
In compliance with Federal Laws, inform the employee that they may *voluntarily self-identify* by race, sex and handicap by completing Form 1904B. Follow routing instructions on bottom of Form.

Attendance Rating
Satisfactory ☑ Unsatisfactory* ☐

Job Performance Rating
Satisfactory ☑ Unsatisfactory* ☐

Return From Military Leave of Absence?
Yes ☐ No ☐

*Supporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating.

Manager's signature _____    Date of signature 7-18-94

Supervisor's signature _____    Date of signature 7-15-94

Name printed P.F. Kinsella    Telephone number 771-6856    Mail Code 11-01-12

HM 1904 (1-90)

*contains confidential employee information*

## EMPLOYEE TRANSFER REQUEST

Date Received

Initial

### PART 1 — To be filled out by employee

Refer to individual job specifications in the Directory of Bargaining Unit Jobs

| Social Security No. | | NCS Date | | Job Title (Requested Job) (exactly as it appears on job spec) |
|---|---|---|---|---|
| 0 4 1 4 8 5 4 9 3 5 | 1 1 - 1 3 - 8 7 | | | Service Consultant |

| | Job Title Code (Requested Job) |
|---|---|
| Name (Last, First, M.I.)  Evarts, Denise L | 1 1 2 0 5 |

| Department (Requested Job) |
|---|
| Job Title (Present Job) (exactly as it appears on job spec)  Service Technician  Custom Business Group |

| Area/City (Requested Job) |
|---|
| Statewide |

| Job Title Code (Present Job) | 1 1 2 8 5 | Is present job a title to title transfer? | Request Type | New ☑ | Change ☐ | Cancel ☐ |
|---|---|---|---|---|---|---|
| Time on Title | 7 - 2 - 8 9 | | Company Driver Certification | Yes ☑ No ☐ | | |
| | Present | Yes ☐ No ☑ | Manual Shift | Yes ☑ No ☐ | | |

### JOB RELATED SKILLS/COURSES/LICENSES

List skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| Skill/Course/License | School/Company | Year | Grade |
|---|---|---|---|
| A/S Degree | Gateway Comm. Tech. College | 1986 | |
| Credits toward B/S | Teikyo Post University | est. 1995 | 3.5 QPA |
| | | | |
| | | | |

### JOB RELATED HISTORY

List jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| DATES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| 8/30/87 - 7/2/89 | Business Service Adm. | SNET | 6 | | |
| 7/2/89 - Present | Service Technician | SNET | 7 | | |
| | | | 8 | | |
| | | | 9 | | |
| | | | 10 | | |

| Employee's signature  Denise Evarts | Date submitted to Supervisor  7/14/94 |
|---|---|

### PART 2 — To be filled out by Supervisor

In compliance with Federal Laws, inform the employee that they may *voluntarily* self-identify by race, sex and handicap by completing Form 1904B. Follow routing instructions on bottom of Form.

| Attendance Rating  Satisfactory ☑ Unsatisfactory* ☐ | Job Performance Rating  Satisfactory ☑ Unsatisfactory* ☐ | Return From Military Leave of Absence?  Yes ☐ |
|---|---|---|

*Supporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating.*

| Manager's signature | Date of signature  7-17-94 |
|---|---|
| Supervisor's signature | Date of signature  7-15-94 |
| Name printed  P. F. Kinsella | Telephone number  771-4PP6  Mail Code  11-01-13 |

Routing-White Copy to Placement Office, 1st Flr., 10-22-06    Canary Copy-Supervisor Retain

*contains confidential employee information*

RM 1904 (1-90)

**EMPLOYEE TRANSFER REQUEST**

Date Received

Initial

## PART 1 — To be filled out by employee
Refer to individual job specifications in the Directory of Bargaining Unit Jobs

| Social Security No. | NCS Date | |
|---|---|---|
| 04 48 4935 | 01-12-89 | |

| Job Title (Requested Job) (exactly as it appears on job spec) |
|---|
| Sales Rep. RCRS |

| Job Title Code (Requested Job) |
|---|
| 1130 |

Name (Last, First, M.I.)
Evarts, Denise L

| Department (Requested Job) |
|---|
| Public Communication Services |

Job Title (Present Job) (exactly as it appears on job spec)
Services Technician

| Area/City (Requested Job) |
|---|
| Hamden |

| Job Title Code (Present Job) | | Is present job a title to title transfer? |
|---|---|---|
| 1130 | Request Type | New ☒   Change ☐   Cancel ☐ |

Time on Title
07-15-89
4 present

Yes ☐  No ☒

Company Driver Certification  Yes ☒  No ☐
Manual Shift  Yes ☒  No ☐

## JOB RELATED SKILLS/COURSES/LICENSES
List skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| Skill/Course/License | School/Company | Year | Grade |
|---|---|---|---|
| 108 Credits Towards B.S. Degree Management | Teikyo Post University | Currently Attending | 3.5 QPA |
| A.S. Degree Computer Science | Gateway Community Technical College | 1986 | |

## JOB RELATED HISTORY
List jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| DATES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| 7/89 to Present | Service Technician Public Communication | SNET | 6 | | |
| 1/87 to 7-89 | Business Repair Administrator | SNET | 7 | | |
| | | | 8 | | |
| | | | 9 | | |
| | | | 10 | | |

Employee's signature  Denise Evarts

Date submitted to Supervisor  11/1/95

## PART 2 — To be filled out by Supervisor
In compliance with Federal Laws, inform the employee that they may *voluntarily* self-identify by race, sex and handicap by completing Form 1904B. Follow routing instructions on bottom of Form.

| Attendance Rating | Job Performance Rating | Return From Military |
|---|---|---|
| Satisfactory ☒  Unsatisfactory* ☐ | Satisfactory ☒  Unsatisfactory* ☐ | Leave of Absence? |
| *Supporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating. | | Yes ☐ |

| Manager's signature | Date of signature | 11-3-95 |
|---|---|---|
| Supervisor's signature  Patrick F. Kinsella | Date of signature | 10-1-95 |
| Name printed  PATRICK F. KINSELLA | Telephone number  771-4896  Mail Code  11-01-13 |

000015

ORM 1904 (1-90)

*contains confidential employee information*

## EMPLOYEE TRANSFER REQUEST

Date Received

[    ]
Initial

### PART 1 — To be filled out by employee
Refer to individual job specifications in the Directory of Bargaining Unit Jobs

| ocial Security No. | NCS Date | Job Title (Requested Job) (exactly as it appears on job spec) |
|---|---|---|
| 0 4 8 5 4 9 3 5 | 11 - 12 - 87 | Service Consultant |

| ame (Last, First, M.I.) | Job Title Code (Requested Job) |
|---|---|
| Evarts Denise L | |

| ib Title (Present Job) (exactly as it appears on job spec) | Department (Requested Job) |
|---|---|
| Services Technician | Network Services |

| ib Title Code (Present Job) | 1285 | Is present job a title to title transfer? | Area/City (Requested Job) | New Haven        New London |
|---|---|---|---|---|

| me on Title | 11 - 12 - 87 present | Yes ☐ No ☐ | Request Type | New ☒ | Change ☐ | Cancel ☐ |
|---|---|---|---|---|---|---|

| Company Driver Certification | Yes ☒ No ☐ |
|---|---|
| Manual Shift | Yes ☒ No ☐ |

### JOB RELATED SKILLS/COURSES/LICENSES
st skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic
ualifications and Additional Factors for requirements.

| ll/Course/License | School/Company | Year | Grade |
|---|---|---|---|
| A.S. Degree Data Processing | Gateway Community Tech. College | 86 | 3.8 QPA |
| 81 Credits Towards B.S. | Teikyo Post University | | 3.7 QPA |
| | | | |
| | | | |
| | | | |

### JOB RELATED HISTORY
t jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications
he Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| .TES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| | Business Svc Adm | SNET | 6 | | |
| | Service Tech | SNET | 7 | | |
| | | | 8 | | |
| | | | 9 | | |
| | | | 10 | | |

| ployee's signature | Denise Evarts | Date submitted to Supervisor | 2 8 96 |
|---|---|---|---|

### PART 2 — To be filled out by Supervisor
ompliance with Federal Laws, inform the employee that they may *voluntarily* self-identify by race, sex and handicap by completing
orm 1904B. Follow routing instructions on bottom of Form.

| endance Rating | Job Performance Rating | Return From Military Leave of Absence? |
|---|---|---|
| isfactory ☒ Unsatisfactory* ☐ | Satisfactory ☒ Unsatisfactory* ☐ | · Yes ☐ |
| upporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating. | | |

| ager's signature | | Date of signature | 2 - 7 - 96 |
|---|---|---|---|
| rvisor's signature | P. F. Kinsella | Date of signature | 2 - 7 - 96 |
| e printed | P. F. Kinsella | Telephone number 771-4886 | Mail Code 11-01-13 |

Routing-White Copy to Placement Office, 1st Flr., 10-22-06    Canary Copy-Supervisor Retain

000011

ORM 1904 (1-90)

*contains confidential employee information*

Date Received

## EMPLOYEE TRANSFER REQUEST

Initial

**PART 1 — To be filled out by employee**
Refer to individual job specifications in the Directory of Bargaining Unit Jobs

| Social Security No. | NCS Date | Job Title (Requested Job) (exactly as it appears on job spec) |
|---|---|---|
| 5 9 7 4 8 5 4 9 3 5 | 11-12-87 | Service Consultant |

| Name (Last, First, M.I.) | Job Title Code (Requested Job) |
|---|---|
| Evarts, Denise L | 1205 |

| Job Title (Present Job) (exactly as it appears on job spec) | Department (Requested Job) | Info Technology Center |
|---|---|---|
| Services Technician | Area/City (Requested Job) | New Haven, New London |

| Job Title Code (Present Job) | Is present job a title to title transfer? | Request Type | New ☒ | Change ☐ | Cancel ☐ |
|---|---|---|---|---|---|
| 1285 | | | | | |

| Time on Title | | | Company Driver Certification | Yes ☒  No ☐ |
|---|---|---|---|---|
| 7 - 2 - 99 | Yes ☐ No ☐ | Present | Manual Shift | Yes ☒  No ☐ |

### JOB RELATED SKILLS/COURSES/LICENSES

List skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| Skill/Course/License | School/Company | Year | Grade |
|---|---|---|---|
| A.S. Degree Data Processing | Gateway Community Technical College | 86 | 3.8 GPA |
| 11 Credits Towards B.S. Degree | Teikyo Post University | — | 3.7 GPA |
| | | | |
| | | | |
| | | | |

### JOB RELATED HISTORY

List jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| DATES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| | Business Svc Adm | SNET | 6 | | |
| | Service Tech | SNET | 7 | | |
| | | | 8 | | |
| | | | 9 | | |
| | | | 10 | | |

| Employee's signature | Date submitted to Supervisor |
|---|---|
| Denise Evarts | 2/8/96 |

**PART 2 — To be filled out by Supervisor**

To be in compliance with Federal Laws, inform the employee that they may *voluntarily self-identify* by race, sex and handicap by completing Form 1904B. Follow routing instructions on bottom of Form.

| Attendance Rating<br>Satisfactory ☑ Unsatisfactory* ☐ | Job Performance Rating<br>Satisfactory ☑ Unsatisfactory* ☐ | Return From Military Leave of Absence?<br>Yes ☐ |
|---|---|---|
| Supporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating. | | |

| Manager's signature | Date of signature | 2-7-96 |
|---|---|---|
| Supervisor's signature   P. F. Kinsella | Date of signature | 2-7-96 |
| Name printed   P.F. Kinsella | Telephone number  771-4886 | Mail Code  11-01-13 |

000013

*contains confidential employee information*

## EMPLOYEE TRANSFER REQUEST

Date Received

Initial

### PART 1 — To be filled out by employee
Refer to individual job specifications in the Directory of Bargaining Unit Jobs

| | | |
|---|---|---|
| cial Security No. **1485935** NCS Date **1-12-87** | Job Title (Requested Job) (exactly as it appears on job spec) **Service Consultant** | |
| me (Last, First, M.I.) **Evarts, Denise L** | Job Title Code (Requested Job) **1205** | |
| | Department (Requested Job) **General Business Group** | |
| Title (Present Job) (exactly as it appears on job spec) **Services Technician** | Area/City (Requested Job) **New Haven New London** | |
| Title Code (Present Job) **1285** | Request Type        New ☒        Change ☐        Cancel ☐ | |
| Is present job a title to title transfer? **1-12-87** Yes ☐ No ☐ | Company Driver Certification      Yes ☒  No ☐ | |
| **Pkrebott** | Manual Shift      Yes ☒  No ☐ | |

### JOB RELATED SKILLS/COURSES/LICENSES
t skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic alifications and Additional Factors for requirements.

| /Course/License | School/Company | Year | Grade |
|---|---|---|---|
| S. Degree Data Processing | Gateway Community Tech Coll | 86 | 3.8 QPA |
| Credit Towards BS Degree | Teikyo Post University | | 3.7 QPA |
| | | | |
| | | | |
| | | | |

### JOB RELATED HISTORY
t jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications he Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| TES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| | Business Service Adm | SNET | 6 | | |
| | Service Tech | SNET | 7 | | |
| | | | 8 | | |
| | | | 9 | | |
| | | | 10 | | |
| ployee's signature **Denise Evarts** | | | Date submitted to Supervisor **2/8/96** | | |

### PART 2 — To be filled out by Supervisor
compliance with Federal Laws, inform the employee that they may *voluntarily* self-identify by race, sex and handicap by completing orm 1904B. Follow routing instructions on bottom of Form.

| endance Rating | Job Performance Rating | Return From Military |
|---|---|---|
| isfactory ☒  Unsatisfactory* ☐ | Satisfactory ☒  Unsatisfactory* ☐ | Leave of Absence? |
| upporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating. | | Yes ☐ |

| | | |
|---|---|---|
| ager's signature | Date of signature **2-7-96** | |
| ervisor's signature **P.F. Kinsella** | Date of signature **2-7-96** | |
| e printed **P.F. Kinsella** | Telephone number **771-4886** | Mail Code **11-01-13** |

000012

RM 1904 (1-90)

*contains confidential employee information*

Date Received

EMPLOYEE TRANSFER REQUEST

Initial

PART 1 — To be filled out by employee
Refer to individual job specifications in the Directory of Bargaining Unit Jobs

| ocial Security No. | NCS Date | Job Title (Requested Job) (exactly as it appears on job spec) |
|---|---|---|
| 4 1 4 8 5 4 9 3 5 | 0 1 - 1 2 - 8 7 | Demand Representative-Public Communication Service |

| ame (Last, First, M.I.) | Job Title Code (Requested Job) | 0 4 3 2 |
|---|---|---|
| Evarts Denise L | | |

| | Department (Requested Job) | General Business Group |
|---|---|---|
| b Title (Present Job) (exactly as it appears on job spec) | Area/City (Requested Job) | Meriden |
| Services Technician | | |

| b Title Code (Present Job) | 1 2 8 5 | Is present job a title to title transfer? | Request Type | New ☒ | Change ☐ | Cancel ☐ |
|---|---|---|---|---|---|---|
| ne on Title | 0 7 - 0 2 - 8 9 | | Company Driver Certification | Yes ☒ No ☐ | | |
| | Adesa NH | Yes ☐ No ☒ | Manual Shift | Yes ☒ No ☐ | | |

## JOB RELATED SKILLS/COURSES/LICENSES

t skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic ialifications and Additional Factors for requirements.

| ll/Course/License | School/Company | Year | Grade |
|---|---|---|---|
| A.S. Degree Data Processing | Gateway Community Technical College | 1986 | 3.8 QPA |
| 111 Credits Towards BS Degree | Teikyo Post University | 1996 | 3.8 QPA |
| | | | |
| | | | |
| | | | |

## JOB RELATED HISTORY

t jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications he Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| TES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| 89-Present | Service Tech | SNET (Public Service) | 6 | | |
| 87-7/89 | Business Svc Adm | SNET | 7 | | |
| | | | 8 | | |
| | | | 9 | | |
| | | | 10 | | |

| ployee's signature | Denise Evarts | Date submitted to Supervisor | 2/2/96 |
|---|---|---|---|

## PART 2 — To be filled out by Supervisor

compliance with Federal Laws, inform the employee that they may *voluntarily* self-identify by race, sex and handicap by completing orm 1904B. Follow routing instructions on bottom of Form.

| endance Rating | Job Performance Rating | Return From Military Leave of Absence? |
|---|---|---|
| isfactory ☑ Unsatisfactory* ☐ | Satisfactory ☑ Unsatisfactory* ☐ | Yes ☐ |

*upporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating.*

| ager's signature | | Date of signature | 2-6-96 | |
|---|---|---|---|---|
| rvisor's signature | | Date of signature | 2-2-96 | |
| e printed | PATRICK F. KINSELLA | Telephone number 771-4886 | Mail Code | 11-01-13 |

RM 1904 (1-90)

*contains confidential employee information*

Date Received

Initial

## EMPLOYEE TRANSFER REQUEST

### PART 1 — To be filled out by employee
Refer to individual job specifications in the Directory of Bargaining Unit Jobs

| Social Security No. | NCS Date | Job Title (Requested Job) (exactly as it appears on job spec) |
|---|---|---|
| 1 4 8 5 4 9 3 5 | 11-12-87 | Network Technician-Mini Computers |

Job Title Code (Requested Job): 0900

Name (Last, First, M.I.): Evarts, Denise L

Job Title (Present Job) (exactly as it appears on job spec): Services Technician

Department (Requested Job): Network Operations

Area/City (Requested Job): New Haven

Job Title Code (Present Job): 1285

Time on Title: 9 - 1 - 89

Access Cd: 025501

Is present job a title to title transfer? Yes ☐  No ☐

Request Type:  New ☒   Change ☐   Cancel ☐

Company Driver Certification:  Yes ☒  No ☐

Manual Shift:  Yes ☒  No ☐

### JOB RELATED SKILLS/COURSES/LICENSES
List skills/courses/licenses applicable to requested job. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| Skill/Course/License | School/Company | Year | Grade |
|---|---|---|---|
| A.S. Degree Computer Science | South Central Community College | 1986 | 3.5 QPA |
| | | | |
| | | | |
| | | | |

### JOB RELATED HISTORY
List jobs according to time - newest to oldest that are applicable to requested job. Include SNET service. Refer to individual job specifications in the Directory of Bargaining Unit Jobs under Basic Qualifications and Additional Factors for requirements.

| DATES | TITLE | COMPANY | DATES | TITLE | COMPANY |
|---|---|---|---|---|---|
| 9/89 (present) | Services Technician | SNET | 6 | | |
| | | | 7 | | |
| | | | 8 | | |
| | | | 9 | | |
| | | | 10 | | |

Employee's signature

Date submitted to Supervisor

### PART 2 — To be filled out by Supervisor
In compliance with Federal Laws, inform the employee that they may *voluntarily self-identify* by race, sex and handicap by completing Form 1904B. Follow routing instructions on bottom of Form.

Attendance Rating:  Satisfactory ☒  Unsatisfactory* ☐

Job Performance Rating:  Satisfactory ☒  Unsatisfactory* ☐

Return From Military Leave of Absence?  Yes ☐

*Supporting documentation and Manager's signature must be provided only in cases of Unsatisfactory Rating.

| Manager's signature | | Date of signature | 5/31/86 |
| Supervisor's signature | Patrick F. Kinsella | Date of signature | 5-29-96 |
| Name printed | PATRICK F. KINSELLA | Telephone number | 771-4886 | Mail Code | 11-01-13 |

# EXHIBIT 8

PAGE ____ of ____

PUBLIC SERVICES RIDING EXERCISE

SERVICES TECHNICIAN: _Denise Evans_    DATE: _2-6-97_

CUST NAME: _Garage Cafe_    TELE #: _488 9146_

CUST ADD: _571 Main_    REPORTED TROUBLE: _NDT_
_Branford_

ENDING MILEAGE: _4820_    START TIME: _9_    TRAVEL TIME: _20_
BEGINNING MILEAGE: _4814_    FINISH TIME: _12_    MEASUREMENTS:
TOTAL MILEAGE: _6_    TOTAL TIME: _3 hrs_    LOOP: _____
MAINT CNTR ASSIST REQUIRED:    YES ✓    NO ___    GND: _____
MAINT CNTR ASSIST REQUESTED:    YES ✓    NO ___
8 STEP UTILIZED:    YES ✓    NO ___    _Smart Set_    _yes_
PROCTOR AVAILABLE:    YES ___    NO ✓    UTILIZED:    YES ___    NO ___    _MA    50_
CSTL AVAILABLE:    YES ___    NO ✓    UTILIZED:    YES ___    NO ___
ACTS ~~AVAILABLE:~~ SS    YES ✓    NO ___    UTILIZED:    YES ✓    NO ___
DISPOSITION & CAUSE CODE: _CA Ticket   K481 XY667_
TIME LOST TO DELAYS: _Trouble Calling Maint Center / No CO Coverage (15 min)_
COMMENTS: _Went to CO And did underground SW+ — Cust Back in Serv_

************************************************************************

CUST NAME: _Grove School_    TELE #: _245-9896_
CUST ADD: _15 Fairview Dr_    REPORTED TROUBLE: _HS_
_Madison_

ENDING MILEAGE: _4835_    START TIME: _12_    TRAVEL TIME: _30_
BEGINNING MILEAGE: _4820_    FINISH TIME: _119_    MEASUREMENTS:
TOTAL MILEAGE: _15_    TOTAL TIME: _1 20_    LOOP: _____
MAINT CNTR ASSIST REQUIRED:    YES ___    NO ✓    GND: _____
MAINT CNTR ASSIST REQUESTED:    YES ___    NO ✓
8 STEP UTILIZED:    YES ✓    NO ___    _Needs to be_
PROCTOR AVAILABLE:    YES ___    NO ✓    UTILIZED:    YES ___    NO ___    _Covered_
CSTL AVAILABLE:    YES ✓    NO ___    UTILIZED:    YES ✓    NO ___    _(New Set)_
ACTS AVAILABLE:    YES ___    NO ✓    UTILIZED:    YES ___    NO ✓
DISPOSITION & CAUSE CODE: _0115   800_
TIME LOST TO DELAYS: _20 — Helky_
COMMENTS: _____

1280J

PAGE ____ of ____

## PUBLIC SERVICES RIDING EXERCISE

SERVICES TECHNICIAN: _____ DATE: _____

CUST NAME: ____ Bradley _____ TELE #: 346 9712

CUST ADD: E Man ST _____ REPORTED TROUBLE: Stk Coin

ENDING MILEAGE: 4857     START TIME: 150      TRAVEL TIME: 30
BEGINNING MILEAGE: 4835     FINISH TIME: 235     MEASUREMENTS:
TOTAL MILEAGE: ____ 22     TOTAL TIME: 45 min     LOOP: _____
MAINT CNTR ASSIST REQUIRED:    YES ___ NO ✓     GND: _____
MAINT CNTR ASSIST REQUESTED:   YES ___ NO ✓
8 STEP UTILIZED:    YES ✓ NO ___
PROCTOR AVAILABLE:    YES ___ NO ✓    UTILIZED: YES ___ NO ___
CSTL AVAILABLE:    YES ___ NO ___    UTILIZED: YES ___ NO ___
ACTS AVAILABLE:    YES ___ NO ✓    UTILIZED: YES ___ NO ___
DISPOSITION & CAUSE CODE: ____ NAO - Full Box
TIME LOST TO DELAYS: _____
COMMENTS: _____

*********************************************************************

CUST NAME: Middleton T _____ TELE #: 346 9823
CUST ADD: 340 Main ST _____ REPORTED TROUBLE: CX

ENDING MILEAGE: 4858     START TIME: 235     TRAVEL TIME: 13
BEGINNING MILEAGE: 4857     FINISH TIME: 330     MEASUREMENTS:
TOTAL MILEAGE: ____ 1     TOTAL TIME: 1 hr     LOOP: _____
MAINT CNTR ASSIST REQUIRED:    YES ___ NO ___     GND: _____
MAINT CNTR ASSIST REQUESTED:   YES ___ NO ___
8 STEP UTILIZED:    YES ✓ NO ___                 Smart Set
PROCTOR AVAILABLE:    YES ___ NO ___    UTILIZED: YES ___ NO ___
CSTL AVAILABLE:    YES ___ NO ___    UTILIZED: YES ___ NO ___
ACTS AVAILABLE: SS    YES ✓ NO ___    UTILIZED: YES ✓ NO ___
DISPOSITION & CAUSE CODE: 0282 - 300
TIME LOST TO DELAYS: _____
COMMENTS: Did Logo Change. Paint Pedistal - Nice Job

1280J     End of Day from Middletown to
          New Haven 350 to 430

# EXHIBIT 9

# EXHIBIT 10

# SEXUAL AND OTHER UNLAWFUL HARASSMENT

## GENERAL POLICY

SNET is committed to providing a workplace free of discrimination and unlawful harassment, including sexual harassment. Such conduct is unlawful, undermines SNET's values and will not be tolerated.

## What Is Unlawful Harassment?

Unlawful harassment includes actions, words, jokes, or conduct that is based on or demeans an individual or group of individuals because of race, color, religion, national origin, gender, age, sexual orientation, physical or mental disability, marital status or veteran status.

## What is Sexual Harassment?

Sexual harassment is generally described as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature when:

(1) submitting to such conduct is made a term or condition of someone's employment, either explicitly or implicitly; or

(2) submitting to or rejecting such conduct is used as the basis for decisions affecting someone's employment or job; or

(3) such conduct interferes with someone's work performance by creating an intimidating, hostile or offensive work environment.

Sexual harassment may include explicit sexual propositions, suggestive or persistent comments of a sexual nature, the display of obscene or sexually-oriented material, sexually-oriented kidding or teasing, or jokes about gender-specific traits, foul or obscene language or gestures, suggestive physical actions or contact, and any similar behavior which is unwelcome or offensive.

## Reporting Harassment

Employees must promptly report any incident of sexual or other unlawful harassment to their supervisor and/or the EEO Manager at (203) 771-4712 without fear of retaliation or reprisal. An employee who is being harassed should also feel free to tell the harasser to stop.

11

## Sexual Harassment Prevention Training

All management employees are required to attend a sexual harassment prevention training course. Those who have not attended the course should contact Organization Effectiveness & Education at (203) 771-5330.

## Responsibility of Supervisors

Supervisors have a responsibility to foster an environment that is free of sexual or other unlawful types of harassment. Supervisors who observe sexual or other unlawful harassment should tell the harasser to stop. In addition, supervisors who become aware of possible sexual or other unlawful harassment must promptly advise the EEO Manager at (203) 771-4712.

## Disciplinary Action for Harassment

Anyone who engages in sexual or other unlawful harassment or who retaliates against any individual who complains of harassment or other discriminatory action will be subject to disciplinary action, up to and including termination of employment.

# EXHIBIT 11