DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1           MS. HOLMES: That's what he's doing.
2           MS. WILDER: Okay. Thank you.
3           MS. HOLMES: Okay.
4     Q    The first page is the one for service
5  consultant. Could you just go through the rest of
6  the pages after the first page just to confirm that
7  these are all job transfer requests that you filled
8  out while you were employed at SNET?
9     A    Yes.
10    Q    Okay.
11    A    Yes.
12    Q    Okay. The first one is for 1994, the
13 service consultant job. Service consultant job and
14 it's Bates stamped 16 at the bottom and this was
15 signed by you in 1994. Why did you -- why were you
16 seeking the transfer to this job in 1994?
17          MS. HOLMES: Object as to form.
18    A    I think it was -- most of these were more
19 money, I think.
20    Q    Okay. And in 1994 you were not
21 supervised by Matt Cordner, right?
22    A    No.
23    Q    Actually, Mr. Kinsella had to sign it at
24 the bottom or Mr. Kinsella signed it at the bottom,

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  right?
2       A    Right.
3       Q    Okay.  Let's go to the next page,
4  please.  Again, on Exhibit No. 2 we are looking at
5  Bates stamp 17.  This is another service consultant
6  job in 1994?
7       A    Um-hum.
8       Q    And it's signed by Mr. Kinsella?
9       A    Yep.
10      Q    Next one is a Bates stamped 15, it's a
11  service rep job in submitted in 1995, is that
12  correct?
13           MS. HOLMES:  Object as to form.  The
14  date submitted is 11/1/95.
15      Q    That was submitted to your supervisor on
16  11/1/95?
17      A    Yes.
18      Q    And your supervisor at the time was Mr.
19  Kinsella, correct?
20      A    Yes.
21      Q    And why were you looking to transfer into
22  this job as a service rep?
23      A    I will make this easy for you, I think
24  they're pretty much all for more money.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1      Q    Okay. And again in 1996 another service
2  consultant job, Mr. Kinsella was your supervisor,
3  is that correct?
4      A    Yes.
5      Q    And this is Bates stamped No. 11. And
6  again it was because of more money you were looking
7  to transfer from the job that's posted?
8      A    Yes.
9      Q    On No. 11 --
10     A    Yes.
11     Q    And go to 1996 -- excuse me, on the next
12 page, please, Bates stamped No. 12, this is a
13 service consultant job. Mr. Kinsella was your
14 supervisor and it was submitted to him on 2/8/96?
15     A    Yes.
16     Q    Okay. And again this was for more money,
17 the reason why you wanted a transfer?
18     A    Yes, I'm pretty sure these were all for
19 more money.
20     Q    13 is the next page. This is a service
21 consultant job in the general business group
22 submitted to Mr. Kinsella on 2/8/96, is that
23 correct?
24     A    Um-hum.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  Q    And again this was for more money that
2  you wanted a transfer?
3  A    Yes.
4  Q    Next page is Bates stamped No. 14, the
5  demand representative submitted to the supervisor
6  on 2/2/96, your supervisor was Mr. Kinsella, is
7  that correct?
8  A    Um-hum.
9  Q    Why did you want to transfer to this job?
10 A    Probably for more money, too.
11 Q    Okay.  Are you aware that this was
12 actually a downgrade, this position?
13 A    No.
14         MS. HOLMES:  Object as to form.
15 Q    Okay.
16 A    Demand representative, that was a
17 downgrade?
18 Q    That's my understanding, but I'm asking
19 you whether you know or not this was a downgrade?
20         MS. HOLMES:  Wait, I have to
21 interject again.  Both of you -- there needs to be
22 a question and then there has to be an answer.
23 This is not a conversation, okay?  I'm sorry, what
24 was your question, attorney?

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  Q  Are you aware that this was a downgrade?
2  A  No.
3  Q  Next page, No. 10, this was a network
4  technician beginning computer submitted to Mr.
5  Kinsella on 5/30 or -- it was actually signed by
6  him on 5/29/96.
7  A  Um-hum.
8  Q  And again you wanted a transfer because
9  of more money?
10 A  Yes.
11 Q  These records were also produced by you
12 in discovery. It's --
13     MS. HOLMES: Is that a question?
14     MR. PINCUS: No.
15 Q  Strike that question. Do you know
16 whether you applied for not -- for any jobs after
17 5/30/96?
18 A  I don't know.
19 Q  Okay. I'd like to --
20 A  Other than --
21     MS. HOLMES: Go ahead, finish.
22 A  Other than the managerial positions I was
23 talking to Ed Dillman about --
24 Q  Okay.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  the -- she had also approved the satellite office
2  out in north Madison and she got fired, so the --
3  so that was -- the north Madison site was -- I
4  guess, it was stopped or something until Pat came
5  in and took over and then --
6      Q   So this process started with Crystal
7  White in terms of transferring to the satellite
8  office in Madison?
9      A   Correct.
10     Q   Did you initiate this process?
11     A   No.
12     Q   Who initiated the process?
13     A   Crystal.
14     Q   Crystal White.  What did -- how did
15 Crystal White initiate the process?
16         MS. HOLMES:  Object as to form.
17     A   I don't know.
18     Q   Did she talk to you about transferring to
19 north Madison?
20     A   She probably talked to Ed Dillman first
21 about it and then she might have talked to me about
22 it, yes.
23     Q   Okay.  I'm just trying to get clarified
24 whose idea was it.  Was it first Crystal White that

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  came to you or did you go to Crystal White with the
2  idea about working in Madison?
3        MS. HOLMES: Object as to form.
4  A    Crystal White came to me.
5  Q    Okay. And what did Crystal White tell
6  you or say to you?
7  A    I don't recall. I don't recall the exact
8  words. All I recall is that she was working with
9  Ed Dillman to set up satellite offices, too, so
10 that technicians could get to their first jobs
11 quicker and she had set up several satellite
12 offices. She was in the process of setting up
13 several satellite offices, not just Madison, but
14 other ones and she discussed with me the fact that
15 she was going to set up probably one in north
16 Madison and that I would be the one that would
17 probably take that since I lived in Chester. She
18 also set up -- she was also going to set up other
19 satellites for the other technicians.
20 Q    What did you tell Ms. White about that
21 proposal?
22 A    That I'd be interested in it, in the
23 north Madison one.
24 Q    Do you know what happened to this

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

```
 1   proposal after --
 2                MS. HOLMES:  Wait until the
 3   question.
 4        Q    After you talked to Ms. White, do you
 5   know what happened with regard --
 6                MS. HOLMES:  Object as to form.
 7        Q    -- with regard to the approval of the
 8   north Madison office?
 9                MS. HOLMES:  Object as to form.
10        Q    Go ahead.
11        A    I think Pat took over.  What happened is
12   Pat took over.  There is a lot of work involved
13   with setting up a satellite office and Pat took
14   over whatever work Crystal White had started.
15        Q    Okay.  And could you tell me when the
16   first time you talked to Pat Kinsella about the
17   satellite office in Madison?
18        A    I don't recall the exact date, no.
19        Q    Do you know what you talked to him about
20   regarding the satellite office?
21                MS. HOLMES:  Object as to form.
22        Q    Do you recall first, the substance of
23   the conversation you had with Mr. White -- excuse
24   me -- Mr. Kinsella about the satellite office?
```

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1        MS. HOLMES:  Object as to form.
2    A    There wasn't one, there was probably
3    several.  Just that he was working on what Crystal
4    White had started for the north Madison office and
5    as soon as that was set up, that I would get the
6    north Madison office.
7    Q    In your -- say it was granted approval
8    from Mr. Kinsella, could you -- your complaint says
9    it was granted.  Could you just tell me about why
10   you believe it was approved?
11       MS. HOLMES:  Object as to form.
12   Q    Why do you think it was approved, what's
13   the basis of that allegation?
14       MS. HOLMES:  Object as to form.
15   A    Pretty much because he told me I could
16   have it because there was going to be a north
17   Madison site and most likely, with the other
18   technicians who had more seniority than me, that
19   they wouldn't take it because they lived on the
20   other side of the state, so that I would get the
21   north Madison site.
22   Q    Did Mr. Kinsella say that he had
23   discussed this transfer with anyone else in the
24   company?  Did he tell you that he discussed it with

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

59

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001



1  anyone else?
2      A    I don't recall.
3      Q    When did Mr. Kinsella inform you that
4  your -- that the transfer to the satellite office
5  had been approved?
6           MS. HOLMES:  Object as to form.
7      A    I don't recall the exact date.
8      Q    Okay.  Did you receive anything in
9  writing from Mr. Kinsella?
10     A    No.
11     Q    Are you aware of any paperwork regarding
12 this transfer?
13          MS. HOLMES:  Object as to form.
14     A    No.
15     Q    Was there any timetable that you were
16 supposed to transfer to the satellite office?
17          MS. HOLMES:  Object as to form.
18     Q    Or that the satellite office would be
19 available for people to transfer within a group --
20 excuse me.  Let me strike the question then.  When
21 was the timetable contemplated -- excuse me.  When
22 did you believe that the timetable was going to be
23 to open up a transfer -- a satellite office in
24 north Madison?

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

60

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1       MS. HOLMES: Object as to form.

2    A   I guess the best answer I can give to
3  that was soon.

4    Q   Okay. There was no definite timetable in
5  terms of months or date?

6       MS. HOLMES: Object as to form.

7    A   No, there was no timetable as to dates.
8  All I remember is having discussions with him
9  about, you know, what type of equipment I would
10  need out there, what type of equipment -- how I --
11  how I would order equipment from that satellite
12  office, things like that, so those are the kind of
13  discussions we were having, but there was no
14  definite timetable as to when I would be at the
15  north Madison site.

16    Q   Okay. Continuing with A it says,
17  "Approximately two months after Matt Cordner became
18  plaintiff's new supervisor, he intervened and
19  rescinded plaintiff's transfer approval." When you
20  say "intervened," what do you mean by that?

21       MS. HOLMES: Object to the form.

22    A   Can you -- I'm not sure I understand.

23    Q   Oh, sure. If you can't understand a
24  question, please, I'll rephrase it. What did Mr.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

61

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1   Cordner do to affect the transfer or the transfer
2   approval?
3       A   He specifically said to me that he was
4   not going to set up a north Madison satellite.
5       Q   When did he say this?
6           MS. HOLMES:  Object as to form.
7       A   I can't -- sometime after he became my
8   supervisor.
9       Q   And why did he give you any reasons why?
10      A   He told me he thought there wasn't enough
11  work out there.
12      Q   Did you complain to Mr. Cordner about
13  this decision?
14          MS. HOLMES:  Object as to form.
15      A   Yes.
16      Q   What did you say to him?
17      A   I can't recall the exact words of the
18  conversation.  Just that I wanted the north
19  satellite office that Crystal White and Pat
20  Kinsella had been in the process of setting up
21  because there was enough work out there.
22      Q   Did you talk to Ed Dillman about Mr.
23  Cordner's rescinding of the transfer approval?
24      A   Yes.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1   Q   First of all, when did you talk to Mr.
2   Dillman?
3   A   I can't recall, but I'm pretty sure there
4   is a documentation of -- from yesterday I do recall
5   some type of documentation that recorded my
6   telephone conversation with Ed Dillman and I think
7   we tried to locate the document this morning
8   actually. But I think it was written by Matt
9   Cordner because he wrote down that I circumvented
10  his authority when I called Ed Dillman to complain
11  about I'm not getting the north Madison satellite.
12  Q   In relation to the time that you found
13  out that --
14  A   There should be a document with the date
15  on that --
16  Q   Okay.
17  A   -- in the paperwork.
18  Q   Sorry. In relation to the time that you
19  learned that the transfer was rescinded, could you
20  give me a time frame when you talked to Mr.
21  Dillman?
22          MS. HOLMES:  Object as to form.
23  Q   Weeks? Months?
24  A   Weeks or months at the most.

POST REPORTING SERVICE
HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

```
 1      Q    Okay.  Did you complain to anyone else
 2 besides Mr. Dillman?
 3      A    My co-workers.
 4      Q    Excuse me, to your co-workers, who did
 5 you speak to?
 6      A    Probably Rick Della Volpe and Robert
 7 Bock.
 8      Q    Did you make any complaint to the union?
 9      A    Yes.
10      Q    Before we talk about the union, just what
11 did you say to Mr. Dillman when you made the
12 complaint to him?
13           MS. HOLMES:  Object as to form.
14      Q    What did you say to Mr. Dillman about
15 the rescission of the transfer approval?
16      A    I don't recall my exact words.  I recall
17 the gist of the conversation was to complain that I
18 wasn't getting the north Madison site that I was
19 promised by the other two supervisors.
20      Q    And what did Mr. Dillman say to you?
21      A    I don't recall the exact words, but I
22 think the gist of the conversation was too bad, it
23 was Matt Cordner's decision.
24      Q    You said that you talked to the union
```

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

64

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  about this issue?
2  A   Yes.
3  Q   Who did you talk to at the union?
4  A   Dave Ianniello.
5  Q   Who is Dave Ianniello?
6  A   He was a pay phone service technician in
7  my crew and a union representative.
8  Q   And what did you tell Mr. Ianniello?
9  A   Exactly what I had told, I guess, Ed
10 Dillman.
11 Q   What did Mr. Ianniello tell you?
12 A   I don't recall the exact words and I
13 don't even recall the exact conversation. All I
14 remember is complaining to him -- to Dave Ianniello
15 that I wasn't getting the satellite and that's all
16 I remember about the conversation.
17 Q   Was there anything done on your behalf
18 through the union?
19 A   For the satellite?
20 Q   About this issue, yes.
21 A   No.
22 Q   Did you ask for a grievance to be filed?
23 A   No.
24 Q   Just continuing on the complaint it

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

66

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1   Q   Do you know on what basis transfers are
2   approved?
3   A   To the satellite offices?
4   Q   To satellite offices.
5   A   No.
6   Q   Okay. Do you know at the time how many
7   pay phones there were in north Madison?
8       MS. HOLMES: Object as to form.
9   Q   When I say "time frame," July of 1996 or
10  so?
11  A   No, but SNET has those records.
12  Q   Just a couple more follow-up questions.
13  Did Mr. Cordner give you the opportunity to work
14  out of the Guilford -- out of Guilford in 1996?
15  A   Yes.
16  Q   What did he tell you?
17  A   That he was giving me the opportunity to
18  work out of the -- that I could work out of the
19  Guilford office.
20  Q   And what did you tell him?
21  A   That it wouldn't save me much time. It's
22  not what I had been promised. It's not what I had
23  been expecting.
24  Q   Okay. And you told him no?

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1    A    No. Yes.

2    Q    Okay. Why did you say no to him?

3         MS. HOLMES: Object as to form.

4    A    I thought I just gave you those reasons.

5    Q    Okay. Because it wouldn't save you much
6    time?

7    A    Because it's not what I had been
8    promised. It's not what I had expected. It's not
9    what I had been promised by the other two
10   supervisors and it wouldn't -- it wouldn't save me
11   much more commuting time for the -- in exchange for
12   the inconvenience of working out of a satellite
13   office. Because it is kind of inconvenient working
14   out of a satellite office because you don't have
15   access to all the equipment. You have to order it
16   and Guilford was only probably -- it would only be
17   another 10 minutes into New Haven, so it wouldn't
18   be worth it just to -- for the inconvenience to
19   work out of the Guilford office.

20   Q    Okay. Have you told me everything that
21   you believe supports your claim that you were
22   discriminated against as a result of not being
23   allowed to transfer to the satellite office in
24   Madison?

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1       MS. HOLMES: Object as to form. You
2   never even asked her that question to begin with.
3   The question was never posed why do you believe
4   that the transfer was discriminatory, so how could
5   she have told you anything about it?
6       MR. PINCUS: I was going through the
7   complaint.
8   Q   So why don't we do this, if you want to
9   do it -- why do you believe the transfer to -- the
10   rescission of the transfer to north Madison was
11   discriminatory?
12   A   Because of the previous -- I guess
13   because the previous two supervisors had approved
14   that -- the transfer and I had been discussing it
15   with them, the previous two supervisors.
16   Q   Okay. Nothing else?
17       MS. HOLMES: Object as to form.
18   Q   Is that it?
19   A   I think so.
20   Q   Okay. Why do you believe that the
21   rescission of your transfer to north Madison was
22   because of your gender?
23       MS. HOLMES: I'm sorry, what did
24   you -- I missed the question.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  Q   Are you aware, either then or now, that -- strike the question. Do you believe your leave was granted under the federal or state family medical leave act?

5  A   FMLA, yes.

6  Q   This is only if you are aware. Are you aware that either then -- are you aware -- excuse me, strike the question. Are you aware that the FMLA does not grant people leave to take care of sisters who are have serious medical illnesses, that it does not cover sisters?

12  MS. HOLMES: Object as to form.

13  A   It is my understanding that the FMLA leave gives -- grants leaves to take care of family members and a sister was a family member.

16  Q   Okay. That's your understanding of the FMLA?

18  A   Yes.

19  Q   That it grants employees the ability to take care of family members?

21  A   Who are sick.

22  Q   Who are sick. And the definition includes sisters, is that -- you're nodding?

24  A   That's my belief, yes.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102

75

DEPOSITION OF DENISE EVARTS
JUNE 13, 2001

1  Q   Did you ask Mr. Cordner for a leave of
2  absence directly?
3          MS. HOLMES:  Object as to form.
4  A   I don't recall.  I don't know how else I
5  would have gotten it, other than asking him for it.
6  Q   While you were at a leave did Mr. Cordner
7  make arrangements so that you could come in and
8  work some full or halftime days in order to earn
9  some more money?
10         MS. HOLMES:  Object as to form.
11 A   Actually, I don't recall.
12 Q   Okay.
13 A   I know the FMLA leave act allows you to
14 work around your schedule, that if you wanted -- I
15 know the FMLA leave act lets you come into work, if
16 you want to, several days a week.
17 Q   On your sister -- I'm sorry about your
18 loss.  Your sister passed away on January 12th --
19 A   Yes.
20 Q   -- 1997, right?
21 A   Yes.
22 Q   And you stayed out an additional two
23 weeks after that, is that right?
24 A   Yes.

POST REPORTING SERVICE

HAMDEN, CONNECTICUT (800) 262-4102