UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE EVARTS | : |
|     Plaintiff | : |
| | :   Civil No. 3:00CV1124 (WIG) |
| V. | : |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | :   JULY 8, 2005 |
|     Defendant | : |

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

The undersigned counsel for the plaintiff respectfully moves this Court for an enlargement of time of thirty (30) days or to August 10, 2005 to submit an opposition to defendant's motion for summary judgment. In support hereof, the undersigned states the following:

1. Defendant's motion dated June 21, 2005 was received by the undersigned's office on June 22, 2005. The undersigned returned from an out of state bar convention on June 25, 2005 and reviewed the motion on Monday, June 27, 2005.

2. Plaintiff's counsel has been ill for two weeks and has missed much time from work. It is uncertain when the undersigned will be fully recovered.

3. Defendant's voluminous submission is obviously the product of much work over an extended time by defense counsel. The preparation of the opposition will be very

time-consuming and will require review of thousands of pages of deposition transcripts and exhibits and much legal research.

  4. Plaintiff's counsel is presently under obligation to complete a Joint Trial Memorandum and associated pleadings and briefs due to the Hon. Mark R. Kravitz in connection with a employment case which is proceeding to trial in August. The undersigned is a sole practitioner and is responsible for handling these obligations.

  5. In compliance with Local Rule, the undersigned represents that this is the first enlargement sought. In addition, the undersigned office telephoned defense counsel regarding this motion but defense position could not be ascertained as counsel was unavailable.

  WHEREFORE, the undersigned counsel respectfully requests this motion be granted.

       Respectfully submitted:

       THE PLAINTIFF, DENISE EVARTS

  BY:_____
       KAREN LEE TORRE
       Federal Bar No. ct01707
       Law Offices of Karen Lee Torre
       51 Elm Street
       Suite 307
       New Haven, CT 06510
       (203) 865-5541

       Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on July 8, 2005, to:

Lori Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509

_____
Karen Lee Torre

3