UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE EVARTS : | |
| : | |
| Plaintiff : | |
| : | Civil No.  3:00CV1124 (WIG) |
| V. : | |
| : | |
| THE SOUTHERN NEW : | |
| ENGLAND TELEPHONE COMPANY, : | AUGUST 9, 2005 |
| : | |
| Defendant : | |

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

The undersigned counsel for the plaintiff respectfully moves this Court for an enlargement of time of thirty (30) days or to September 11, 2005 to submit an opposition to defendant's motion for summary judgment.  In support hereof, the undersigned states the following:

1.    Plaintiff's counsel was ill for one month resulting in her absence most of the month of July from her office.  During this same time the undersigned was under the obligation to prepare a Joint Trial Memorandum and associated pleadings and briefs due to the Hon. Mark R. Kravitz in connection with an employment case which proceeded to trial on August 2, 2005.  The undersigned is still on trial in that case before Judge Kravitz. The undersigned is a sole practitioner and is responsible for handling these obligations.

2.    In compliance with Local Rule, the undersigned represents that this is the second

enlargement sought. In addition, the undersigned's office telephoned defense counsel regarding this motion who indicated she has no objection to the granting of this motion.

WHEREFORE, the undersigned counsel respectfully requests this motion be granted.

Respectfully submitted:

THE PLAINTIFF, DENISE EVARTS

BY:_____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street
Suite 307
New Haven, CT 06510
(203) 865-5541

Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on August 9, 2005, to:

Lori Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509

_____
Karen Lee Torre