THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
DENISE EVARTS,                            \*
                                          \*
    Plaintiff,                            \*
                                          \*
v.                                        \*   CIV. ACTION NO. 3:00CV1124(WIG)
                                          \*
THE SOUTHERN NEW                          \*
ENGLAND TELEPHONE                         \*
COMPANY,                                  \*
                                          \*
    Defendant.                            \*   SEPTEMBER 9, 2005
                                          \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant, the Southern New England Telephone Company, hereby requests an extension of time through and including November 1, 2005 in order file a reply to plaintiff's opposition to motion for summary judgment. Plaintiff's opposition is due for filing on September 12, 2005.

In support of this motion, the defendant states as follows:

1.  On August 11, 2005, plaintiff filed her second Motion for Extension of Time to file an Opposition to SNET's Motion for Summary Judgment on or before September 11, 2005.

2.  Prior to filing said motion, plaintiff's counsel contacted the undersigned who consented to the extension on the condition that it would also have an extension of time until early November in order to file a reply. The reason for the needed extension is that defense counsel knew

*ORAL ARGUMENT IS NOT REQUESTED*

that she would be on trial in another matter during most of the month of October. The plaintiff's requested extension would bring the reply date into the period of time when defense counsel would be in final preparation for trial.

3. Plaintiff's counsel filed her Motion for Extension of Time to File Plaintiff's Reply with the above understanding.

4. The additional time is required so that defense counsel will not be forced to review plaintiff's opposition and prepare its reply at the same time that she is making final preparations for trial and while on trial in another matter.

5. Plaintiff's counsel has indicated that she has no objection to this request being granted.

WHEREFORE, the defendant respectfully requests an extension of time through and including November 1, 2005 in order to file its reply to plaintiff's Opposition to Motion for Summary Judgment, which is due to be filed with the Court on September 11, 2005.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY


By *[signature]*
Lori B. Alexander
Federal Bar No. CT 08970
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel. (203) 784-8200
Fax (203) 789-2133
E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 9th day of September, 2005, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970