UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DENISE EVARTS

    Plaintiff

V.

THE SOUTHERN NEW
ENGLAND TELEPHONE COMPANY,

    Defendant

Civil No. 3:00CV1124 (WIG)

SEPTEMBER 19, 2005

## MOTION FOR ONE DAY EXTENSION OF TIME NUNC PRO TUNC

The undersigned counsel moves, nunc pro tunc, for a one day enlargement of time to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of this motion, the undersigned represents that due to a crash of the database in the undersigned's office network, a consequence of which was the permanent loss of an entire section of the undersigned's brief. This necessitated a duplication of the work already performed. Due to this unexpected occurrence, the undersigned could not prepare a timely motion. The undersigned's office contacted defense counsel in this case and was advised that defense counsel has no objection to the extension of time.

The undersigned represents that three (3) previous extensions were sought and granted.

WHEREFORES the undersigned counsel respectfully requests that this motion be granted.

Respectfully submitted:

THE PLAINTIFF, DENISE EVARTS

BY: _____
KAREN LEE TORRE
Federal Bar No. ct01707
Law Offices of Karen Lee Torre
51 Elm Street, Suite 307
New Haven, CT 06510
(203) 865-5541

Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on September 19, 2005, to:

Lori B. Alexander, Esq.
Tyler, Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06509

_____
Karen Lee Torre

2