THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | * |
| DENISE EVARTS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * CIV. ACTION NO. 3:00CV1124(WIG) |
| | * |
| THE SOUTHERN NEW | * |
| ENGLAND TELEPHONE | * |
| COMPANY, | * |
| | * |
| Defendant. | * OCTOBER 27, 2005 |
| | * |
| * * * * * * * * * * * * * * * * * * * | * |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant, the Southern New England Telephone Company, hereby requests an additional extension of time of seven days, through and including November 8, 2005, in order file a reply to plaintiff's opposition to motion for summary judgment. Plaintiff's opposition was filed on September 20, 2005. The reason for the requested extension is the length of plaintiff's opposition brief, including a 37 page memorandum of law and 452 pages of exhibits. The defendant seeks the additional time in order to analyze and respond to the plaintiff's lengthy submission.

The undersigned has contacted plaintiff's counsel, Karen Torre, and she has indicated that she has no objection to this motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 27th day of October, 2005.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND TELEPHONE
>COMPANY
>
>By _____
>Lori B. Alexander
>Federal Bar No. CT 08970
>TYLER COOPER & ALCORN, LLP
>205 Church Street
>P. O. Box 1936
>New Haven, Connecticut 06509-1910
>Tel. (203) 784-8200
>Fax (203) 789-2133
>E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 27th day of October, 2005, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970