THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* *

DENISE EVARTS,

   Plaintiff,

v.                                                        CIV. ACTION NO. 3:00CV1124(WIG)

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.                                  NOVEMBER 2, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* *

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

     The defendant, the Southern New England Telephone Company, hereby requests an additional extension of time of three business days, through and including November 14, 2005, in order file a reply to plaintiff's opposition to motion for summary judgment. The reason for the requested extension is the length of plaintiff's opposition brief, including a 37 page memorandum of law and 452 pages of exhibits, and unexpected developments in other matters.

     The undersigned has contacted plaintiff's counsel, Karen Torre, and she has indicated that she has no objection to this motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 2nd day of November, 2005.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE
        COMPANY

By _____/s/ Lori B. Alexander_____
        Lori B. Alexander
        Federal Bar No. CT 08970
        TYLER COOPER & ALCORN, LLP
        205 Church Street
        P. O. Box 1936
        New Haven, Connecticut 06509-1910
        Tel. (203) 784-8200
        Fax (203) 789-2133
        E-Mail: alexander@tylercooper.com

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 2nd day of November, 2005, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970