THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DENISE EVARTS,

   Plaintiff,

v.

THE SOUTHERN NEW
ENGLAND TELEPHONE
COMPANY,

   Defendant.

CIV. ACTION NO. 3:00CV1124(WIG)

NOVEMBER 14, 2005

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendant, the Southern New England Telephone Company, hereby requests an additional extension of time of four days, through and including November 18, 2005, in order to file its reply to plaintiff's opposition to motion for summary judgment. The reason for the requested extension is that defense counsel has been attending to a medical situation over the past week that has led to unexpected missed time from work that has made it impossible to file the reply on this date. In addition, in support of this motion, SNET states that plaintiff's opposition brief included a 37-page memorandum of law and 452 pages of exhibits, and that plaintiff requested and was granted several consented-to extensions of time for a total of three months (91 days) to prepare and file her opposition to summary judgment, which was filed September 20, 2005.

*ORAL ARGUMENT IS NOT REQUESTED*

The undersigned has attempted to contact plaintiff's counsel, Karen Torre but has been unable to ascertain her position on this motion.

Dated at New Haven, Connecticut this 14th day of November, 2005.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By *[signature]*
Lori B. Alexander
Federal Bar No. CT 08970
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel. (203) 784-8200
Fax (203) 789-2133
E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 14th day of November, 2005, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970