THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE EVARTS, | * |
| Plaintiff, | * |
| v. | * CIV. ACTION NO. 3:00CV1124(WIG) |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | * |
| Defendant. | * NOVEMBER 18, 2005 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant, the Southern New England Telephone Company, hereby requests a brief additional extension of time, through and including November 28, 2005, in order to file its reply to plaintiff's opposition to motion for summary judgment. The reason for the requested extension is that defense counsel has been attending to a medical situation over the past two weeks that has led to unexpected missed time from work. In addition, in support of this motion, SNET states that plaintiff's opposition brief included a 37-page memorandum of law and 452 pages of exhibits, and that plaintiff requested and was granted several consented-to extensions of time for a total of three months (91 days) to prepare and file her opposition to summary judgment, which was filed September 20, 2005. With this extension, defendant would have 69 days to prepare and file its reply.

*ORAL ARGUMENT IS NOT REQUESTED*

The undersigned has attempted to contact plaintiff's counsel, Karen Torre but has been unable to ascertain her position on this motion.

Dated at New Haven, Connecticut this 18th day of November, 2005.

>THE DEFENDANT,
>SOUTHERN NEW ENGLAND TELEPHONE
>COMPANY
>
>By _____
>Lori B. Alexander
>Federal Bar No. CT 08970
>TYLER COOPER & ALCORN, LLP
>205 Church Street
>P. O. Box 1936
>New Haven, Connecticut 06509-1910
>Tel. (203) 784-8200
>Fax (203) 789-2133
>E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 18th day of November, 2005, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970