THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * *   *
                                        *
DENISE EVARTS,                          *
    Plaintiff,                          *
                                        *
v.                                      *  CIV. ACTION NO. 3:00CV1124(WIG)
                                        *
THE SOUTHERN NEW                        *
ENGLAND TELEPHONE                       *
COMPANY,                                *
                                        *
    Defendant.                          *  NOVEMBER 28, 2005
                                        *
* * * * * * * * * * * * * * * * * * *   *
```

### DEFENDANT'S MOTION TO EXCEED PAGE LENGTH

The defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests permission to exceed the page limit set forth in the Federal Rules of Civil Procedure for its Reply to Opposition to Motion for Summary Judgment filed on November 28, 2005. In support of this motion, SNET states as follows:

The defendant seeks permission to file a Reply brief of 53 pages, including citations to the evidence in the record. The additional pages are necessary in order to adequately respond to plaintiff's arguments, many of which are speculative and unsupported by the record. SNET has found it necessary to search through the record and identify for the Court why plaintiff's narrative arguments do not reflect the evidence. To do this, SNET's Reply is lengthy in places in order to cite the record evidence accurately.

*ORAL ARGUMENT IS NOT REQUESTED*

In addition, plaintiff filed a <u>38-page</u> Opposition to Defendant's Motion for Summary Judgment, as well as an accompanying <u>65-page</u> "Local Rule 56(a)(2) Statement"[1] which she purported to incorporate by reference in her Opposition. <u>See</u> Pl. Opp. at 4. In effect, plaintiff has filed 103 pages of argument (excluding exhibits) in opposition to SNET Motion for Summary Judgment. Without the additional pages, SNET would be unable to set forth fully the relevant facts, supporting evidence, and case law in response to plaintiff's Opposition and in support of granting summary judgment in this matter.

For the aforementioned reasons, the defendant respectfully requests permission of the Court to file a Reply to Opposition to Motion for Summary Judgment not to exceed 53 pages.

THE DEFENDANT,<br>
SOUTHERN NEW ENGLAND TELEPHONE, INC.

By _/s/ Lori B. Alexander_<br>
Lori B. Alexander<br>
Federal Bar No. CT08970<br>
Tyler Cooper & Alcorn, LLP<br>
205 Church Street<br>
New Haven, Connecticut 06509<br>
Tel. (203) 784-8200<br>
Fax No. (203) 789-2133<br>
E-Mail: alexander@tylercooper.com

---

[1] The Statement does not comply the requirements of the Federal Rules and should not be considered by the Court.

2

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 28th day of November, 2005, as follows: Karen Lee Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

        *[signature]*
Lori B. Alexander
Federal Bar No. CT08970