UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE EVARTS | : |
|       Plaintiff | : |
| | : Civil No. 3:00CV1124 (WIG) |
| V. | : |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : June 5, 2006 |
|       Defendant | : |

**MOTION FOR ORAL ARGUMENT**

The undersigned counsel for the plaintiff, Denise Evarts, hereby respectfully moves this Court to hear oral argument on the matter of defendant's Motion for Summary Judgment. Good cause for this motion and for permitting oral argument is based upon the following:

1) The parties' submissions are voluminous.

2) Defense counsel sought and received permission to file an oversized reply brief. Local Rule limits reply briefs not only to 10 pages but the content of such reply briefs is usually limited to responding to those issues and arguments raised by the opposition brief. In this case, defense counsel filed a voluminous reply brief way beyond the page limit and which was also used for the purpose of introducing new evidence into the court record, evidence which was not included in defendant's original moving papers and which was also never disclosed to plaintiff's counsel during discovery.

For the above reasons, the undersigned wishes to present oral argument to the court in order that the plaintiff be given fair opportunity to address defendant's oversized reply brief and its

introduction of new and not previously disclosed evidence into the court record.

                              Respectfully submitted:

                              THE PLAINTIFF,

                              DENISE EVARTS


BY:_____
      KAREN LEE TORRE
      Federal Bar No. ct01707
      Law Offices of Karen Lee Torre
      51 Elm Street
      Suite 307
      New Haven, CT 06510
      (203) 865-5541

      Her Attorney

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on June 5, 2006, to:

Lori Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509

                                              _____
                                              Karen Lee Torre