THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*      \*

DENISE EVARTS,                              \*
                                            \*
    Plaintiff,                              \*
                                            \*
v.                                          \*   CIV. ACTION NO. 3:00CV1124(WIG)
                                            \*
THE SOUTHERN NEW                            \*
ENGLAND TELEPHONE                           \*
COMPANY,                                    \*
                                            \*
    Defendant.                              \*   AUGUST 8, 2006
                                            \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*      \*

### DEFENDANT'S SUPPLEMENTAL PLEADING
### CONCERNING SUMMARY JUDGMENT

Pursuant to the request of defense counsel at the hearing with the Court on defendant's Motion for Summary Judgment on August 2, 2006, the defendant hereby submits copies of additional cases in support of its Motion for Summary Judgment.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By _____
Lori B. Alexander
Federal Bar No. CT 08970
TYLER COOPER & ALCORN, LLP
205 Church Street
P. O. Box 1936
New Haven, Connecticut 06509-1910
Tel. (203) 784-8200
Fax (203) 789-2133
E-Mail: alexander@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 8th day of August, 2006 as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970