UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE EVARTS,<br>  Plaintiff,<br><br>  v.<br><br>THE SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY<br>  Defendant. | )  3:00cv01124 (JCH)<br>)<br>)<br>)<br>)  **APPEARANCE**<br>)<br>)<br>)  September 19, 2006 |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant,

THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY d/b/a AT&T CONNECTICUT

September 19, 2006
Date

[Signature]
Signature

ct10188
Connecticut Federal Bar Number

David J. Vegliante
Print Clearly or Type Name

(203) 771-8818
Telephone Number

310 Orange Street, 8th Floor
Address

(203) 771-6577
Fax Number

New Haven, CT 06510

dv1793@att.com
E-mail address

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2006, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

```
_____
David J. Vegliante
Federal Bar No: ct10188
THE SOUTHERN NEW ENGLAND TELEPHONE
COMPANY d/b/a AT&T CONNECTICUT
310 Orange Street, 8th Floor
New Haven, CT 06510
Telephone: (203) 771-8818
Facsimile: (203) 771-6577
E-mail: dv1793@att.com
```