UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DENISE EVARTS,** | : |
| Plaintiff | No. 3:00 CV 1124 (WIG) |
| | : |
| vs. | |
| | : |
| **THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY,** | : |
| Defendant. | : |

**TRIAL MEMORANDUM ORDER**

It is hereby ORDERED that:

The parties shall file jointly file with the Office of the Clerk, 915 Lafayette Blvd., Bridgeport, CT, in one continuous document to be signed by all counsel, a Joint Trial Memorandum. A courtesy copy shall be submitted to the Chambers on a 3.5" diskette or CD formatted in either Wordperfect or Microsoft Word format.

Except as modified below, the Trial Memorandum shall be submitted in compliance with Rule 10 of the Local Rules of Civil Procedure and the Standing Order Regarding Trial Memoranda in Civil Cases (the "Standing Order"), which is included in the Appendix of the District of Connecticut's Local Rules of Civil Procedure. The Trial Memorandum shall be filed no later than January 16, 2007.

THE TRIAL MEMORANDUM SHALL CONTAIN THE INFORMATION REQUIRED BY THE STANDING ORDER. IN ADDITION, THE PROCEDURES SET FORTH BELOW SHALL BE FOLLOWED:

**Witnesses:** For each expert witness (see paragraph 10 of the Standing Order), if any, the Trial Memorandum shall set forth the opinion to be expressed, a brief

summary of the basis of the opinion, and a list of the materials on which the witness intends to rely.  Also, state the area of expertise and attach a curriculum vitae, if available.

If a party objects to all or any part of the anticipated testimony of any witness, lay or expert, the objection must be stated in this section of the Trial Memorandum so that the objection can be resolved at the final pre-trial conference.

<u>Exhibits</u>:  With respect to exhibits (see paragraph 11 of the Standing Order), the parties shall also comply with the following requirements:

(a) Plaintiff's exhibits shall begin with the number "1" and Defendant's exhibits shall begin with the number "501."  The parties shall pre-mark the Plaintiff's and the Defendant's respective exhibits in numerical order (e.g., "Plaintiff's Exhibit 1", etc., and "Defendant's Exhibit 501", etc.) with exhibit tags, which will be provided by the Clerk's Office upon request.

(b) Copies of the actual exhibits shall be exchanged no later than ten (10) business days before trial, and the original set of exhibits for the Deputy Clerk and two complete copies of the exhibits shall be submitted to the Deputy Clerk at least two (2) business days before trial.

(c) The Court anticipates that the parties will attempt to work out any evidentiary objections prior to trial.  To the extent the parties cannot resolve these objections, they should be prepared to discuss any objections to designated exhibits at the time of the final pre-trial conference.

<u>Anticipated Evidentiary Problems (Motions in Limine)</u>:  The parties shall separately file with the Clerk's Office motions in limine with memoranda of law

concerning any anticipated evidentiary problems by the date set in the Trial Scheduling Order.

**Verdict Form:** The parties shall file jointly or individually a proposed verdict form. The proposed verdict form may request that the jury return a special verdict with special findings as permitted by Fed. R. Civ. P. 49(a) or a general verdict with or without written interrogatories as permitted by Fed. R. Civ. P. 49(b). The proposed verdict form shall be filed with the Trial Memorandum.

**Availability of Witnesses:** Each party shall ensure the availability at trial of each witness listed by that party unless the Court and counsel are advised to the contrary not less than forty-eight (48) hours before the commencement of the evidence.

**Opening Statements:** As set forth in the Local Rule 83.4, counsel shall be permitted to make opening statements.

The deadlines established herein may not be modified by agreement of counsel. These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

SO ORDERED this 9th day of November, 2006, at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge