UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No.  3:00CV1124 (WIG) |
| V. | : | |
| | : | |
| THE SOUTHERN NEW | | |
| ENGLAND TELEPHONE COMPANY, | : | JANUARY 12, 2007 |
| | : | |
| Defendant | : | |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

The undersigned counsel for the plaintiff respectfully moves this Court for an enlargement of time of two weeks to Tuesday, January 30, 2007 to submit the parties' Joint Trial Memorandum. Defense counsel has been contacted and has no objection to the granting of this motion.

In support of this motion, the undersigned states that she is in the midst of researching and writing an appellate brief due to the Second Circuit Court of Appeals and researching and writing a reply brief to the Second Circuit in another appeal.  These obligations are consuming all of the undersigned's time.  The undersigned is unlikely to have an opportunity to turn her attention to the trial memorandum in this case until after the appellate briefs have been completed and submitted.  Accordingly, plaintiff's counsel needs and respectfully requests an enlargement of time to January 30, 2007  to submit the joint trial memorandum in this case.

The undersigned represents that there have been no previous extensions sought for this purpose.

Respectfully submitted:

THE PLAINTIFF
DENISE EVARTS


BY:_____
    KAREN LEE TORRE
    Federal Bar No. ct01707
    Law Offices of Karen Lee Torre
    51 Elm Street
    Suite 307
    New Haven, CT 06510
    (203) 865-5541

    Her Attorney


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on January 12, 2007, to:

Lori Alexander, Esq.
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509


_____
Karen Lee Torre

2