THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * *    *
DENISE EVARTS,                         *
                                       *
    Plaintiff,                         *
                                       *
v.                                     *  CIV. ACTION NO. 3:00CV1124(WIG)
                                       *
THE SOUTHERN NEW                       *
ENGLAND TELEPHONE                      *
COMPANY,                               *
                                       *
    Defendant.                         *  JANUARY 25, 2007
                                       *
* * * * * * * * * * * * * * * * * *    *
```

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO FILE JOINT TRIAL MEMORANDUM

The defendant, the Southern New England Telephone Company, hereby requests an extension of time of thirty days, through and including March 1, 2007, in order file the Parties' Joint Trial Memorandum in this case. The reason for the requested extension is that the undersigned counsel is in the process of transitioning to a new firm and has been completely engaged in details concerning the transition and attending to client needs in connection therewith. The undersigned expects to transition to the new firm within the next week and does not anticipate any difficulty completing the Joint Trial Memorandum by the date requested.

The undersigned has contacted Karen Torre, attorney for the plaintiff, who has indicated that she has no objection to the motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 25th day of January, 2007.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By_____
                Lori B. Alexander
                Federal Bar No. CT 08970
                TYLER COOPER & ALCORN, LLP
                205 Church Street
                P. O. Box 1936
                New Haven, Connecticut 06509-1910
                Tel. (203) 784-8200
                Fax (203) 789-2133
                E-Mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 25th day of January, 2007, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.


_____
Lori B. Alexander
Federal Bar No. CT08970