UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DENISE EVARTS,** : | |
| Plaintiff : | No.  3:00 CV 1124 (WIG) |
| vs. : | |
| **THE SOUTHERN NEW ENGLAND** | |
| **TELEPHONE COMPANY,** : | |
| Defendant. : | |

**TRIAL SCHEDULING ORDER**

The Court hereby issues the following scheduling order:

1.     The previously issued Trial Memorandum Order dated November 9, 2006, remains in effect in all respects except the deadline for the filing of the Joint Trial Memorandum, proposed Jury Instructions, and Jury Verdict Form, is hereby extended to May 1, 2007.

2.     Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on Thursday, May 31, 2007, at 9:30 a.m.  The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed.  A final pre-trial conference will be held at the conclusion of jury selection.

3.     All motions in limine shall be filed on or before May 1, 2007.

4.     A two-week jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport,

Connecticut commencing on Monday, June 4, 2007, beginning each day at 9:30 a.m. If counsel estimate the length of trial to be substantially more or less than the number of days allotted, they should immediately advise the Court.

5. The deadlines established herein may not be modified by agreement of counsel. These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

So ordered this 7th day of February, 2007, at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge