UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : | |
| | : | |
| Defendant. | : | MAY 3, 2007 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Southern New England Telephone Company ("SNET") hereby respectfully moves for an extension of time of three days for both parties to file their Joint Trial Memorandum in this case. In support of this motion, defendant states that it will be coordinating the parties' combined Joint Trial Memorandum filing, and a brief additional period of time is needed in order for the parties to exchange and respond to the sections prepared by one another. This request for a short extension will not affect the trial dates in this matter or the progress of this case.

Counsel for the plaintiff, Attorney Karen Torre, has indicated that she has no objection to this motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at North Haven, Connecticut this 3rd day of May, 2007.

        THE DEFENDANT,
        THE SOUTHERN NEW ENGLAND
        TELEPHONE COMPANY


By _____
    Lori B. Alexander
    Federal Bar No. CT 08970
    LITTLER MENDELSON, P.C.
    110 Washington Avenue, 3rd Floor
    North Haven, Connecticut 06473
    Telephone: (203) 234-6344
    Facsimile: (203) 234-6345
    E-Mail: lalexander@littler.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and pro se parties of record on this 3rd day of May, 2007, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970