UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY, | : | |
| | : | |
| *Defendant.* | : | MAY 7, 2007 |

**APPEARANCE**

Please enter the appearance of Theresa M. Waugh on behalf of the defendant, The Southern New England Telephone Company, in the above-captioned matter.

THE DEFENDANT,
THE SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By____/s/ Theresa M. Waugh_____
Theresa M. Waugh
Federal Bar No. CT23559
LITTLER MENDELSON, P.C.
110 Washington Avenue
North Haven, Connecticut  06473
Tel. (203) 234-6344
Fax (203) 234-6345
E-Mail: twaugh@littler.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Theresa M. Waugh
Federal Bar No. CT08970
LITTLER MENDELSON, P.C.
110 Washington Avenue
North Haven, Connecticut 06473
Tel. (203) 234-6344
Fax (203) 234-6345
E-Mail: twaugh@littler.com