## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY, | : | |
| | : | |
| *Defendant.* | : | MAY 10, 2007 |

### DEFENDANT'S MOTION IN LIMINE RE LOST WAGES AND BENEFITS

Because plaintiff Denise Evarts unequivocally failed to make reasonable efforts to mitigate her damages, she is barred from recovering lost wages or benefits in this action. Defendant Southern New England Telephone Company ("SNET") therefore respectfully moves in limine to preclude the offer and introduction of evidence or comments of counsel relating to Ms. Evarts's claim for lost wages and benefits arising after she left SNET. Alternatively, SNET moves that this Court enter an order precluding the offer and introduction of evidence or comments of counsel relating to Ms. Evarts's claim for lost wages and benefits arising after she began law school in August 1998. In support of this motion, SNET today files a memorandum of law.

*ORAL ARGUMENT REQUESTED*

Dated at North Haven, Connecticut this 10th day of May, 2007.

THE DEFENDANT,

THE SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

By ___*Lori B. Alexander*___

      Lori B. Alexander
      Federal Bar No. CT 08970
      Theresa M. Waugh
      Federal Bar No. CT23559
      LITTLER MENDELSON, P.C.
      110 Washington Avenue
      North Haven, Connecticut 06473
      Tel. (203) 234-6344
      Fax (203) 234-6345
      E-Mail: lalexander@littler.com
      E-Mail: twaugh@littler.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid

to all counsel and *pro se* parties of record on this 10th day of May, 2007, as follows: Karen Torre,

Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.


_Lori B. Alexander_____

Lori B. Alexander
Federal Bar No. CT08970

82374287_2.doc