**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY, | : | |
| | : | |
| *Defendant.* | : | MAY 10, 2007 |

**DEFENDANT'S MOTION IN LIMINE RE HEARSAY**
**AND OTHERWISE INADMISSIBLE STATEMENTS**

The defendant, the Southern New England Telephone Company ("SNET"), hereby

moves in limine to preclude the reference to or the introduction into evidence of

testimony by Ms. Evarts that is hearsay, irrelevant, and/or about which she has no

personal knowledge. SNET reasonably anticipates plaintiff will attempt to offer such

improper testimony based on representations by counsel, plaintiff's deposition testimony,

and plaintiff's Affidavit offered in opposition to summary judgment in this case. Such

evidence includes hearsay testimony about the experiences and treatment of male

employees, hearsay testimony about plaintiff's SNET vehicle, statements about Mr.

Cordner about which plaintiff has no personal knowledge, irrelevant hearsay statements

about claims by or purported experiences of Crystal White, and irrelevant assertions that

plaintiff had been subjected to inappropriate comments in another work group years

before the events at issue occurred.

*Oral Argument is Not Requested*

SNET is filing on this same date a memorandum of law in support of this motion,

setting forth more fully the reasons why this motion in limine should be granted.

THE DEFENDANT,

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY


By: ___*Lori B. Alexander*_____
          Lori B. Alexander, Esquire
          Federal Bar No. ct08970
          Deborah D. Cannavino, Esquire
          Federal Bar No. ct08144
          Littler Mendelson, P.C.
          110 Washington Avenue
          North Haven, CT 06473
          Tel. (203) 234-6344
          Fax: (203) 234-6345
          E-mail:  lalexander@littler.com
          dcannavino@littler.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 10th day of May, 2007, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut  06510.

_Lori B. Alexander_
Lori B. Alexander
Federal Bar No. CT08970
