UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY, | : | |
| | : | |
| *Defendant.* | : | MAY 10, 2007 |

**DEFENDANT'S MOTION IN LIMINE RE CHRO DOCUMENT**

Defendant Southern New England Telephone Company ("SNET") respectfully moves in limine to preclude the offer and introduction of evidence or comments of counsel relating to the Connecticut Commission on Human Rights and Opportunities' ("CHRO") preliminary "Finding of Reasonable Cause" in this matter. As detailed in the supporting memorandum of law that SNET files with this motion, this Court should preclude this evidence because it is not relevant to the issues presented. Further, even if this Court concludes that this "finding" offers marginal probative value, based on strong precedent in this District, any such value is wholly outweighed by the danger that introduction of this evidence will unfairly prejudice SNET, confuse the issues, mislead the jury, and waste time during trial.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 10th day of May, 2007.

        THE DEFENDANT,
        THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY

By _/s/ Lori B. Alexander_
        Lori B. Alexander
        Federal Bar No. CT 08970
        Theresa M. Waugh
        Federal Bar No. CT23559
        LITTLER MENDELSON, P.C.
        110 Washington Avenue
        North Haven, Connecticut 06473
        Tel. (203) 234-6344
        Fax (203) 234-6345
        E-Mail: lalexander@littler.com
        E-Mail: twaugh@littler.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 10th day of May, 2007, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970

82436127_2.doc

Case 3:00-cv-01124-WIG    Document 168    Filed 05/11/2007    Page 4 of 4