UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY, | : | |
| | : | |
| *Defendant.* | : | MAY 10, 2007 |

## DEFENDANT'S MOTION TO FILE PLEADING UNDER SEAL

Pursuant to Local Rule 5(d) for the United States District Court for the District of Connecticut, the defendant, the Southern New England Telephone Company ("SNET"), hereby respectfully requests that the Court issue an Order sealing its Memorandum of Law in Support of Motion In Limine Re: Iannielo Testimony, or in the Alternative, to Bifurcate Trial, dated May 10, 2007. SNET requests this sealing because this pleading contains sensitive information, including personnel information relating to a former SNET employee who is not a party to this action.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 10th day of May, 2007.

>THE DEFENDANT,
>THE SOUTHERN NEW ENGLAND TELEPHONE COMPANY
>
>By  *[signature]*
>Lori B. Alexander
>Federal Bar No. CT 08970
>Theresa M. Waugh
>Federal Bar No. CT23559
>LITTLER MENDELSON, P.C.
>110 Washington Avenue
>North Haven, Connecticut  06473
>Tel. (203) 234-6344
>Fax (203) 234-6345
>E-Mail: lalexander@littler.com
>E-Mail: twaugh@littler.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 10th day of May, 2007, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970