2007 MAY 15 A 11:07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE EVARTS : | |
| : | |
| Plaintiff : | |
| : | Civil No. 3:00CV1124 (WIG) |
| V. : | |
| : | |
| THE SOUTHERN NEW : | |
| ENGLAND TELEPHONE COMPANY, : | May 10, 2007 |
| : | |
| Defendant : | |

## PLAINTIFF'S PROPOSED VERDICT FORM

### A. LIABILITY

1. Do you find, by a preponderance of the evidence, that SNET, through its management, subjected the plaintiff to a hostile and offensive working environment on the basis of gender in violation of 42 U.S.C. §2000e et. seq.?

**Answer:**

Yes ____         No ____


2. Employing the reasonable person standard explained in the court's instructions, do you find that the plaintiff reasonably felt compelled to leave her work environment at SNET for the sake of her own physical and emotional well-being and thus was constructively discharged from her employment by SNET?

**Answer:**

Yes _____    No _____

B. **DAMAGES - BACK PAY AND COMPENSATORY**

1. What amount of back pay and other compensation do you find that plaintiff lost as a result of her constructive discharge after taking into account any income Evarts earned from other employment during the three year period following her constructive discharge?

    $_____.

2. What amount, if any, do you award the plaintiff as non-economic compensatory damages for such injuries as emotional distress, upset, anguish, embarrassment, inconvenience, humiliation or reputational injury?

    $_____.

C. **PUNITIVE DAMAGES**

1. Do you find that defendant's conduct was not merely negligent but willful and malicious **or** such that such conduct was committed in reckless disregard of the plaintiff's federal rights?

**Answer:**

Yes _____    No _____

2. If your answer to C.1. above is "Yes", what amount of punitive damages do you find is necessary for both punitive purposes and to deter SNET and other employers from engaging in like conduct in the future?

2

$\$$_____.

                              THE PLAINTIFF

BY: _____
      KAREN LEE TORRE
      Federal Bar No. ct01707
      Law Offices of Karen Lee Torre
      51 Elm Street, Suite 307
      New Haven, CT 06510
      (203) 865-5541

      Her Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on May 10, 2007, to:

Lori B. Alexander, Esq.
Theresa M. Waugh, Esq.
Deborah DeHart Cannavino, Esq.
Littler Mendelson, P.C.
110 Washington Avenue
North Haven, CT 06473

David Vegilante, Esq.
Southern New England Telephone Co
310 Orange St., 8th Fl.
New Haven, CT 06510

Karen Lee Torre