UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY, | : | |
| | : | |
| Defendant. | : | MAY 21, 2007 |

**DEFENDANT'S MOTION FOR ORDER
AND FOR EXPEDITED CONSIDERATION**

In the sole remaining claim in this action, plaintiff Denise Evarts alleges that defendant Southern New England Telephone Company ("SNET"), violated Title VII of the Civil Rights Act by subjecting her to a hostile work environment based upon her gender. She claims that she was constructively discharged as a result of this hostile environment and she seeks, among other remedies, back pay, lost benefits, and damages for alleged emotional distress. Trial in this matter is scheduled to commence on June 6th. Defense counsel has on several occasions in the past months requested updated discovery responses concerning plaintiff's attendance at law school, employment, and attempts to seek employment, but plaintiff has failed to provide such updates since 2001. On May 9th, plaintiff's counsel confirmed that she would not be providing supplements to plaintiff's outdated responses to SNET's discovery requests regarding plaintiff's employment and efforts to obtain employment.

*ORAL ARGUMENT NOT REQUESTED*

Because SNET has made a good faith effort to resolve this matter with opposing counsel but has been unable to do so, and given that trial is imminent, pursuant to Fed. R. Civ. P. 37 and D. Conn. L. Civ. R. 37, SNET moves to compel plaintiff to supplement her undisputedly outdated responses to SNET's discovery requests and to attend a deposition limited to the issue of her law school attendance, employment, and attempts to obtain employment since her September 14, 2001 deposition. Further, because trial is scheduled to begin on June 6, 2007, SNET respectfully requests that this Court expedite consideration of this motion.

With this motion, SNET submits a supporting memorandum of law and the affidavit of Theresa Waugh.

Dated at North Haven, Connecticut this 21st day of May, 2007.

THE DEFENDANT,
THE SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By _____
Lori B. Alexander
Federal Bar No. CT 08970
Theresa M. Waugh
Federal Bar No. CT23559
LITTLER MENDELSON, P.C.
110 Washington Avenue, 3rd Floor
North Haven, Connecticut 06473
Telephone: (203) 234-6344
Facsimile: (203) 234-6345
E-Mail: lalexander@littler.com
E-Mail: twaugh@littler.com

2

3

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and pro se parties of record on this 21st day of May, 2007, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Theresa M. Waugh
Federal Bar No. CT23559