UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENISE EVARTS<br>Plaintiff, | : CIVIL ACTION NO. 3:00CV1124(JCH)<br>: |
| v. | : |
| THE SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY,<br>Defendant | :<br>: SEPTEMBER 27 , 2000<br>: |

### DEFENDANT'S FIRST SET OF INTERROGATORIES
### and REQUEST FOR PRODUCTION

The Defendant, The Southern New England Telephone Company ("SNET"), hereby requests that you answer the following Interrogatories in writing and under oath within thirty (30) days of the date of service herewith.

In answering these Interrogatories, furnish all information available to you, including information in your possession, custody or control or the possession, custody or control of any person acting on your behalf, and not merely such information as is known of your own personal knowledge. If you cannot answer any part of any of these interrogatories in full after exercising due diligence to secure the information requested, so state and answer the interrogatories as fully as possible, and state whatever information or knowledge you have concerning the unanswered or partially answered interrogatories.

These interrogatories are to be considered as continuing up to and including the time of trial. You are requested to provide, by way of supplementary responses, any additional information in your possession, custody or control which are responsive to these interrogatories. Such supplementary responses are to be served upon defendant within 10 days of the receipt of such additional information.

As used herein, the following terms shall have the meanings indicated below:

A. The words "plaintiff," "plaintiffs," and "you" or "your" shall be deemed synonymous and shall be deemed to include any and all agents, servants, employees, attorneys and other representatives of the plaintiff.

B. "Person" means natural person, corporation, partnership, sole proprietorship, union, association, federation, and any other kind of entity.

C. "Document" means any printed, typewritten, handwritten, or otherwise recorded matter of whatever character, including without limitations, drafts, letters, minutes, purchase orders, bills, memoranda, telegrams, notes, catalogues, brochures, diaries, reports, calendars, inter-office communications, statements, announcements, photographs, tape recordings, motion pictures, information stored in a computer, and any carbon or photographic copies of any such material if plaintiff does not have custody or control of the originals.

In responding to these interrogatories, in each question wherein you are asked to "identify" a person, state with respect to each such person his or her (a) name, (b) last-known home address and telephone number, (c) last-known business address and telephone, (d) last-known employer, together with said employer's address, and (e) relationship to you.

## INTERROGATORY NO. 1

Please state the name and address of each of your employers, including military service(s), if any, since you completed your formal education, setting forth the inclusive date(s) of each such employment, your job titles, your final rate of pay, name of your supervisor, and the reason(s) you left each employer. For each such entity, please execute an Authorization for Defendant to obtain, at SNET's expense, copies of your employment records from the relevant employers. (A sample authorization form is attached hereto)

**RESPONSE:**

## INTERROGATORY NO. 2

Please identify each and every person with personal knowledge or information relating to any and all of the events set forth in the Complaint or the Amended Complaint. In your response, please provide the particular event(s) of which each identified person has personal knowledge or information, as well as any documents that refer, reflect or relate to such personal knowledge or information.

**RESPONSE:**

## INTERROGATORY NO. 3

Please identify each individual whom you intend to call as a fact witness at trial. For each person so identified, please identify the subject matter of his or her expected testimony.

**RESPONSE:**

## INTERROGATORY NO. 4

Please identify and describe in full any and all damages, economic or non-economic, that you claim to have suffered as a result of SNET's alleged actions and inactions and state the basis for claiming such damages. For each such category of damages, separately state the dollar amount sought and explain in full the basis for calculating such amount.

**RESPONSE:**

## INTERROGATORY NO. 5

Please identify any document that refer, reflect or relate to any of the damages that you claim.

**RESPONSE:**

4

## INTERROGATORY NO. 6

Please identify each person who you (or anyone acting on your behalf) will or may call as an expert witness at trial. For each such expert witness:

(a) State the subject matter on which the expert is expected to testify;

(b) State the substance of the facts and opinions to which the expert is expected to testify;

(c) Provide a summary of the grounds for each opinion;

(d) Set forth expert's qualifications and attach a resume or *curriculum vitae* for the expert;

(e) Identify and all documents prepared by or sent to any such expert witness that refer, reflect or relate to the subject matter of such testimony; and;

(f) Identify each lawsuit, action and/or proceeding (including case name, case number and jurisdiction) in which such expert witness has previously testified as an expert at trial or in deposition.

## RESPONSE:

## INTERROGATORY NO. 7

Please identify all health care providers who have provided goods or services to you since July 1, 1986 including but not limited to physicians, psychologists, psychiatrists, social workers, therapists, hospitals and other professionals, professional organizations and charitable organizations from whom or from which you have sought treatment. For each health care provider, please state the name of the provider, the provider's address and phone number, and the dates on which you received treatment.

5

In addition, for <u>each</u> such health care provider, please execute an Authorization for Defendant to obtain copies of your health care records. (A sample authorization form is attached hereto)

**RESPONSE:**

**INTERROGATORY NO. 8**

Please identify each person, including co-workers and former co-workers, whom you, or anyone acting on your behalf, have interviewed or from whom you, or anyone acting on your behalf, have obtained a written or recorded statement concerning the allegations contained in the Complaint. For each such interview or statement, please identify the individual who conducted the interview(s) or obtained the statement(s) and state the date on which the interview was conducted or the statement was obtained.

**RESPONSE:**

## INTERROGATORY NO. 9

Please identify each person, including co-workers and former co-workers, with whom you, or anyone acting on your behalf, have discussed the matters alleged in the Complaint and state the date and the subject matter of each such discussion.

**RESPONSE:**

## INTERROGATORY NO. 10

Please identify each and every document that you will or may offer into evidence in this case or that you believe may be relevant to this case.

**RESPONSE:**

## INTERROGATORY NO. 11

For the period from May 31, 1997 until the date on which you respond to these interrogatories, please describe fully your efforts to obtain employment, including:

(a) The identity of all employers that you have had contact regarding the possibility of securing employment.

(b) The nature of the contact (*e.g.*, telephone call, letter, interview);

(c) The date of the contact; and

(d) The result of the contact (*e.g.*, completing an application, receiving

7

an offer);

**RESPONSE:**

## INTERROGATORY NO. 12

For the period from May 31, 1997 until the date on which you respond to these interrogatories, please describe fully your efforts to obtain employment through an employment agency, an unemployment insurance agency, or any other private or governmental work program, including:

(a) The identity of any agencies or programs that you have contacted and;

(b) The nature of the contact (*e.g.,* telephone call, letter, interview);

(c) The date of the contact;

(d) A description of all efforts by such agencies or programs to obtain employment for you; and

(e) The result of the efforts by the agencies or programs.

**RESPONSE:**

## INTERROGATORY NO. 13

For the period from May 31, 1997 until the date on which you respond to these interrogatories, please identify all sources of income received by you from any source, including but not limited to allowances, stipends, governmental benefits, disability benefits, salaries, tips and wages, and, with respect to each such source, state the amount of income received from that source and identify the period during which you received income from that source.

**RESPONSE:**

8

## INTERROGATORY NO. 14

For the period from May 31, 1997 until the date on which you respond to these interrogatories, please identify all sources of other employment benefits besides salary that you have received including health insurance coverage, dental insurance coverage, life insurance coverage, vacation pay, pension income, profit sharing plans, and stock options, and, with respect to each benefit, state the nature of the benefit, the cash value of the benefit (if known) and identify the period during which you received income from that sources.

**RESPONSE:**

## INTERROGATORY NO. 15

Please identify any applications you have made for unemployment insurance benefits since May 1997 in connection with your separation from SNET, including:

(a) The location at which you made the application for benefits;

(b) The date on which you made your initial application;

(c) The disposition of your application (please detail all initial determinations, appeals, etc);

(d) The dates in which you received benefits if any;

(e) The amount of money you received if you were granted benefits;

(e) The reason you no are no longer receiving benefits.

**RESPONSE:**

9

## III. REQUEST FOR PRODUCTION OF DOCUMENTS

### DOCUMENT REQUEST NO. 1

Please produce any and all documents that are identified, or upon which you relied when preparing, your responses to SNET's First Set of Interrogatories.

**RESPONSE:**

### DOCUMENT REQUEST NO. 2

Please produce any and all documents, including but not limited to notes and minutes, which relate to or otherwise memorialize any discussions, conversations, or meetings between you and any present or former employee of SNET or SBC relating to one or more of all allegations in the Complaint.

**RESPONSE:**

### DOCUMENT REQUEST NO. 3

Please produce any and all documents, including but not limited to letters, personal diaries, log books, journals and calendars, maintained by, or for, your during the period of your employment with SNET that relate to:

(a) the factual allegations in your complaint;

(b) your alleged injuries; and

(c) any damages, both economic and non-economic, which you allegedly experienced as a result of the allegations giving rise to your Complaint.

**RESPONSE:**

## DOCUMENT REQUEST NO. 4

Please produce any and all statements, affidavits or declarations obtained by you, your counsel or your agents from any employee of SNET or SBC or from any other prospective witness in this case, including, but not limited to, any audiotape, videotape or other recording, whether obtained with or without the knowledge or consent of such person.

**RESPONSE:**

## DOCUMENT REQUEST NO. 5

Please produce any and all documents supporting or relating to your claim that SNET discriminated against you in violation of Title VII of the Civil Rights Act of 1964..

**RESPONSE:**

## DOCUMENT REQUEST NO. 6

Please produce any and all documents supporting or relating to the allegation in Paragraph 12a of the Complaint.

**RESPONSE:**

**DOCUMENT REQUEST NO. 7**

Please produce any and all documents supporting or relating to the allegation in Paragraph 12b of the Complaint.

**RESPONSE:**

**DOCUMENT REQUEST NO. 8**

Please produce any and all documents supporting or relating to the allegation in Paragraph 12c of the Complaint.

**RESPONSE:**

**DOCUMENT REQUEST NO. 9**

Please produce any and all documents supporting or relating to the allegation in Paragraph 12d of the Complaint.

**RESPONSE:**

**DOCUMENT REQUEST NO. 10**

Please produce any and all documents supporting or relating to the allegation in Paragraph 12e of the Complaint.

**RESPONSE:**

**DOCUMENT REQUEST NO. 11**

Please produce any and all documents supporting or relating to the allegation in Paragraph 12e of the Complaint.

**RESPONSE:**

**DOCUMENT REQUEST NO. 12**

Please produce any and all documents supporting or relating to the allegation in Paragraph 12f of the Complaint.

**RESPONSE:**

### DOCUMENT REQUEST NO. 13

Please produce any and all documents supporting or relating to the allegation in Paragraph 12g of the Complaint.

**RESPONSE:**

### DOCUMENT REQUEST NO. 14

Please produce any and all documents supporting or relating to the allegation in Paragraph 18 of the Complaint that you suffered and continue to suffer a "loss of promotional and career opportunities."

**RESPONSE:**

### DOCUMENT REQUEST NO. 15

Please produce any and all documents supporting or relating to the allegation in Paragraph 18 of the Complaint that you suffered and continue to suffer "severe emotional distress and anguish."

**RESPONSE:**

### DOCUMENT REQUEST NO. 16

Please produce any and all documents supporting or relating to the allegation in Paragraph 18 of the Complaint that you suffered and continue to suffer "physical injury attendant to severe emotional distress and anguish."

**RESPONSE:**

**DOCUMENT REQUEST NO. 17**

Please produce any and all documents supporting or relating to the allegation in Paragraph 18 of the Complaint that you suffered and continue to suffer "the cost of medical treatment."

**RESPONSE:**

**DOCUMENT REQUEST NO. 18**

Please produce any and all documents supporting or relating to the allegation in Paragraph 18 of the Complaint that you suffered and continue to suffer "loss of salary and benefits."

**RESPONSE:**

**DOCUMENT REQUEST NO. 19**

Please produce any and all documents supporting or relating to the allegation in Paragraph 18 of the Complaint that you suffered and continue to suffer "loss of bonus compensation and interest income."

**RESPONSE:**

**DOCUMENT REQUEST NO. 20**

Please produce any and all documents supporting or relating to the allegation in Paragraph 18 of the Complaint that you suffered and continue to suffer "reputational injury."

**RESPONSE:**

## DOCUMENT REQUEST NO. 21

Please produce copies of your federal and state tax returns for 1997, 1998, and 1999 or, if copies of such returns are not available, please produce executed Authorizations for SNET to obtain copies of such returns, at SNET's expense, from the relevant taxing authorities. (A sample authorization form is attached hereto)

**RESPONSE:**

## DOCUMENT REQUEST NO. 22

Please produce all raw data and computation sheets upon which the amount of any alleged claim of back pay, front pay and/or damages is or may be based, and the working papers from which any exhibit purporting to summarize, demonstrate or otherwise reflect any alleged unlawful acts by defendant.

**RESPONSE:**

## DOCUMENT REQUEST NO. 23

Please produce any and all documents pertaining to fees, costs and expenses of your attorney(s) or anyone else acting on your behalf with respect to your claims against the defendant.

**RESPONSE:**

## DOCUMENT REQUEST NO. 24

Please produce any and all audiotapes, videotapes or other recordings of any statements by, or conversations with, employees of SNET, including telephone

conversations, voice mail messages, in-person conversations and conversations to which you were or were not a party, that your recorded while or after you were employed by defendant and whether or not the employee knew or consented to such recording.
**RESPONSE:**

**DOCUMENT REQUEST NO. 25**

Please produce any and all documents referring, reflecting or relating to audiotapes, videotape or other recordings covered by Document Request Number 24, including transcripts and written summaries.
**RESPONSE:**

**DOCUMENT REQUEST NO. 26**

Please produce any and all documents that refer or relate to goods or services that your received from health care providers from August 1, 1993 to the present, including but not limited to goods and services received from physicians, psychologists, psychiatrists, social workers, therapists, hospitals and other professionals, professional organizations and charitable organizations.
**RESPONSE:**

16

**DOCUMENT REQUEST NO. 27**

Please produce any and all documents not otherwise requested herein upon which you intend to rely in establishing the truth of any claim, allegation or fact set forth in the Complaint or the Amended Compliant.

**RESPONSE:**

DEFENDANT

SOUTHERN NEW ENGLAND
TELEPHONE COMPANY

By: _____
Stephen Pincus, Esq. (ct 14069)
The Southern New England
    Telephone Company
310 Orange Street Room 830
New Haven, CT 06510
Telephone: (203) 771-4188
Fax:   (203) 495-9412
e-mail sp5835@ctmail.snet.com

## CERTIFICATE OF SERVICE

This is to certify that copy of the foregoing was sent via first-class mail on the ____th day of September, 2000 to: Michelle Holmes, Law Office of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, CT 06510.

_____
Stephen Pincus