UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS | : | |
| | : | |
| Plaintiff | : | |
| | : | Civil No.  3:00CV1124 (WIG) |
| V. | : | |
| | : | |
| THE SOUTHERN NEW | | |
| ENGLAND TELEPHONE COMPANY, | : | May 21, 2007 |
| | : | |
| Defendant | : | |

## MOTION FOR LEAVE TO GIVE OPENING STATEMENT

      Pursuant to Local Rule 83.4, the undersigned counsel for the plaintiff seeks leave to give an opening statement to jurors at the commencement of trial. The undersigned believes an opening statement would be highly useful to jurors and requests a time limit of 15 minutes.

                                                    RESPECTFULLY SUBMITTED,

                                                    THE PLAINTIFF

                                  BY:_____
                                      KAREN LEE TORRE
                                      Federal Bar No. ct01707
                                      Law Offices of Karen Lee Torre
                                      51 Elm Street, Suite 307
                                      New Haven, CT 06510
                                      (203) 865-5541

<u>CERTIFICATION</u>

  I hereby certify that a copy of the foregoing was mailed, First Class, postage paid, on May 21, 2007, to:

Lori B. Alexander, Esq.
Theresa M. Waugh, Esq.
Deborah DeHart Cannavino, Esq.
Littler Mendelson, P.C.
110 Washington Avenue
North Haven, CT 06473

David J. Vegliante, Esq.
AT&T
310 Orange Street
New Haven, CT 06510-1719

                _____
                Karen Lee Torre