UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENISE EVARTS, | : | CIVIL ACTION NO. |
| | : | 3:00CV1124 (WIG) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| THE SOUTHERN NEW ENGLAND | : | |
| TELEPHONE COMPANY, | : | |
| | : | |
| *Defendant.* | : | MAY 30, 2007 |

**WITHDRAWAL OF DEFENDANT'S MOTION IN LIMINE
RE CHRO DOCUMENT**

The defendant, the Southern New England Telephone Company, hereby withdraws its "Motion in Limine re CHRO Document" dated May 10, 2007. The reason for the withdrawal is that subsequent to SNET's filing the motion, plaintiff's counsel informed the undersigned that she will not attempt to offer or introduce evidence or comments of counsel relating to the Connecticut Commission on Human Rights and Opportunities' ("CHRO") preliminary "Finding of Reasonable Cause" in the trial of this matter, which is the relief requested in defendant's motion.

Dated at North Haven, Connecticut this 30th day of May, 2007.

                THE DEFENDANT,

                SOUTHERN NEW ENGLAND
                TELEPHONE COMPANY

By: _____
       Lori B. Alexander, Esquire
       Federal Bar No. ct08970
       Deborah D. Cannavino, Esquire
       Federal Bar No. ct08144
       Littler Mendelson, P.C.
       110 Washington Avenue
       North Haven, CT 06473
       Tel. (203) 234-6344
       Fax: (203) 234-6345
       E-mail: lalexander@littler.com
       dcannavino@littler.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed by first-class mail, postage prepaid to all counsel and *pro se* parties of record on this 30th day of May, 2007, as follows: Karen Torre, Esquire, Law Offices of Karen Lee Torre, 51 Elm Street, Suite 307, New Haven, Connecticut 06510.

_____
Lori B. Alexander
Federal Bar No. CT08970