UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denise Evarts

V.                              Case Number:  3:00cv1124(WIG)

Southern New England Telephone Company

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 5/31/2007 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on June 30, 2007 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, June 1, 2007.


                KEVIN F. ROWE, CLERK

                By: _____
                    Carol Sanders
                    Deputy Clerk